Fill in this information to identify the case:

Debtor name: **Aztec Oil & Gas, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**
Case number (if known): **16-31895**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barry Cromeans** 33311 Alton Wright Dr Magnolia, TX 77355-3300 | **Barry Cromeans** bcromeans@aztecog.com (281) 814-1074 | **Severance Agreement** | **Contingent Disputed** | | | $175,000.00 |
| **Berkley Professional Liabilty** 757 3rd Ave Fl 10 New York, NY 10017-2054 | **Ms. Teresa Milano** | **D&O Insurance** | | | | $14,000.00 |
| **CreditSuisse, Ltd** The Lyric Centre 440 Louisiana St Ste 2000 Houston, TX 77002-1636 | **Robert Corn** rcorn@corn-law.com (713) 229-0055 | **Promissory Note** | **Contingent Disputed Subject to Setoff** | | | $84,575.00 |
| **CreditSuisse, Ltd** The Lyric Centre 440 Louisiana St Ste 2000 Houston, TX 77002-1636 | **Robert Corn** rcorn@corn-law.com (713) 229-0055 | **Promissory Note** | **Contingent Disputed Subject to Setoff** | | | $84,575.00 |
| **CSI Energy** 2073 FM 3186 Onalaska, TX 77360-8073 | **c/o Frank Fisher** fcf@twofishers.com (281) 804-8210 | **Unsecured Loan** | **Contingent Disputed** | | | $444,383.00 |
| **Frank Fisher** 2073 FM 3186 Onalaska, TX 77360-8073 | **Frank Fisher** fcf@twofishers.com (281) 804-8209 | **Unsecured Loan** | **Contingent Disputed** | | | $696,280.00 |

Debtor **Aztec Oil & Gas, Inc.**
Name

Case number *(if known)* **16-31895**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Frank Fisher**<br>**2073 FM 3186**<br>**Onalaska, TX**<br>**77360-8073** | **Frank Fisher**<br><br>**fcf@twofishers.com**<br>**(281) 804-8208** | **Consulting Agreement** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Frank Fisher**<br>**2073 FM 3186**<br>**Onalaska, TX**<br>**77360-8073** | **Frank Fisher**<br><br>**fcf@twofishers.com**<br>**(281) 804-8208** | **Consulting Agreement** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **International Fluid Dynamics**<br>**2075 FM 3186**<br>**Onalaska, TX**<br>**77360-8073** | **Frank Fisher**<br><br>**fcf@twofishers.com**<br>**(281) 804-8210** | **Consulting Agreement** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **International Fluid Dynamics**<br>**2075 FM 3186**<br>**Onalaska, TX**<br>**77360-8073** | **Frank Fisher**<br><br>**fcf@twofishers.com**<br>**(281) 804-8210** | **Consulting Agreement** | **Contingent Unliquidated Disputed** | | | **$0.00** |