UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)

PETITION DATE: APRIL 13, 2016

**MOR-1 Monthly Operating Report Summary for partial month of April 2016 (April 13-30)**

| Debtor Case No. | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Receipts (MOR-5) | $ 4,518.73 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cash Expenditures (MOR-5) | $ 17,980.93 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Income (Loss) (MOR-4) | $ (13,462.20) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payments to Insiders (MOR-7) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payments to Professionals (MOR-8) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

*** The original of this document must be filed with the United States Bankrupcty Court and a copy must be sent to the United States Trustee.  ***

**Insurance maintained as of signature date**

| Debtor Case No. | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Directors & Officers Ins. (Yes, No, N.A.) | Yes | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| General Liability (Yes, No, N.A.) | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |

NOTE: In all MORs, amounts may not tie due to rounding.

ATTORNEY NAME: Kristin Rhame
Firm: Christian Smith & Jewell LP
ADDRESS: 2302 Fannin, Suite 500
CITY, STATE, ZIP: Houston, TX 77002
TELEPHONE: 713-659-7617

I certify under penalty of purjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-X plus attachments, is true and correct.

SIGNED:     /s/ Jeremy G. Driver
TITLE:      PRESIDENT
DATE:       6/7/16

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)                              PETITION DATE: APRIL 13, 2016

**MOR-8 PAYMENTS TO PROFESSIONALS for partial month of April 2016 (April 13-30)**

| Name | Role | Debtor | Current Period | Paid to Date |
|---|---|---|---|---|
| Christian Smith & Jewell LLP | Bankruptcy Counsel | Aztec Oil & Gas, Inc. | - | - |
| **TOTAL PAYMENTS TO PROFESSIONALS** | | | **$         -** | **$         -** |

Footnotes:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)                    PETITION DATE: APRIL 13, 2016

**MOR-7 PAYMENTS TO INSIDERS for partial month of April 2016 (April 13-30)**

| Name | Role | Debtor | Current Period | Paid to Date |
|------|------|--------|----------------|--------------|
| Jeremy G. Driver | President | Aztec Oil & Gas, Inc. | 17363.841 - Note 1 | 17363.841 - Note 1 |
| **TOTAL PAYMENTS TO INSIDERS** | | | $              - | $              - |

Footnotes:

(1) This is payroll paid for two pay periods, which was withdrawn from the payroll account on the petition date for payroll on 4/15 and 4/30

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)                    PETITION DATE: APRIL 13, 2016

**MOR-8 PAYMENTS TO PROFESSIONALS for partial month of April 2016 (April 13-30)**

| Name | Role | Debtor | Current Period | Paid to Date |
|------|------|--------|---------------:|-------------:|
| Christian Smith & Jewell LLP | Bankruptcy Counsel | Aztec Oil & Gas, Inc. | - | - |
| **TOTAL PAYMENTS TO PROFESSIONALS** | | | **$            -** | **$            -** |

Footnotes:

**AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)**   PETITION DATE: APRIL 13, 2016

**MOR-6 CASH ACCOUNT RECONCILIATION SUMMARY for partial month of April 2016 (April 13-30)**

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Energy LLC<br>16-31897 | Aztec Operating Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name: | Amegy | Amegy | Amegy | Amegy | Amegy | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| BANK ACCT NO. | xxxxx3632 | xxxxx0105 | xxxxx1229 | xxxxx7667 | xxxxx0067 | | | | | | | | | | | | | | | |
| ACCOUNT TYPE | Checking | Checking | Checking | Checking | Checking | | | | | | | | | | | | | | | |
| **ACCOUNT BALANCE** | $ 143,579.03 | $ 1,892.14 | $ 45,898.97 | $ 11,554.18 | $ 5,824.91 | | | | | | | | | | | | | | | |
| Deposit In Transit | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Outstanding Checks | $ - | $ - | $ - | $ 9,507.66 | $ - | | | | | | | | | | | | | | | |
| **Adjusted Bank Balance** | $ 143,579.03 | $ 1,892.14 | $ 45,898.97 | $ 2,046.52 | $ 5,824.91 | | | | | | | | | | | | | | | |
| **Beginning Cash - Per Books** | $ 157,041.22 | $ 1,892.14 | $ 45,898.97 | $ 11,554.18 | $ 5,824.91 | | | | | | | | | | | | | | | |
| Receipts | $ 4,518.73 | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Intercompany Xfers | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Checks & Wires | $ (17,980.03) | $ - | $ - | $ (9,507.66) | $ - | | | | | | | | | | | | | | | |
| **Ending Cash - Per Books** | $ 143,579.92 | $ 1,892.14 | $ 45,898.97 | $ 2,046.52 | $ 5,824.91 | | | | | | | | | | | | | | | |
| **RECONCILIATION ITEMS** | | | | | | | | | | | | | | | | | | | | |
| Adjust to Prior Period Cash | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Unposted Deposits | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Unreconciled Items | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| **ADJUSTED CASH BALANCE** | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

Footnotes:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)

PETITION DATE: APRIL 13, 2016

**MOR-5  Income Statement for partial month of April 2016 (April 13-30)**

| | Aztec Oil & Gas Inc. | Aztec Drilling & Operating LLC | Aztec Energy LLC | Aztec Operating Inc. | VIII B LP | VIII C LP | X-A LP | X-B LP | X-C LP | XI-D LP | XI-A LP | XI-B LP | XI-C LP | XII-A LP | XII-B LP | XII-C LP | Comanche A LP | Comanche B LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor Case No. | 16-31895 | 16-31896 | 16-31897 | 16-31898 | 16-31899 | 16-31900 | 16-31901 | 16-31902 | 16-31903 | 16-31904 | 16-31905 | 16-31907 | 16-31908 | 16-31909 | 16-31910 | 16-31911 | 16-31912 | 16-31913 |
| CASH - BEGINNING OF MONTH | $ 157,041.23 | $ 59,345.29 | $ 5,824.91 | | | | | | | | | | | | | | | |
| **RECEIPTS:** | | | | | | | | | | | | | | | | | | |
| Cash Sales (Net) | $ 4,518.73 | $ - | $ - | | | | | | | | | | | | | | | |
| Collections of A/R | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| DIP Loan Advances | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Intercompany In (Out) | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Interest Income | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Other Income | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | $ 4,518.73 | $ - | $ - | | | | | | | | | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | | | | | | | | | | | | |
| Payroll and Benefits | $ 17,363.84 | $ - | $ - | | | | | | | | | | | | | | | |
| Sales, Use & Other Taxes Paid | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Loan/Notes Payables | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Rent | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Insurance | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Storage Fees | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Employee Exp. Reimbursements | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| IT, Data, Email, Hosting Services | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| General & Admin. Expenses | $ 617.09 | $ - | $ - | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENT FROM OPERATIONS** | $ 17,980.93 | $ - | $ - | | | | | | | | | | | | | | | |
| Interest Expense | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Non-operating Expenses | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Notice and Claims Agent Fees | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Professional Fees | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| U.S. Trustee Fees | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Other Reorg. Expenses (attach list) | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $ 17,980.93 | $ - | $ - | | | | | | | | | | | | | | | |
| Net Cash Flow | $ (13,462.20) | $ - | $ - | | | | | | | | | | | | | | | |
| **CASH - END OF MONTH** | $ 143,579.03 | $ 59,345.29 | $ 5,824.91 | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

**Footnotes:**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)

PETITION DATE: APRIL 13, 2016

**MOR-4  Income Statement for partial month of April 2016 (April 13-30)**

| Debtor Case No. | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES | 4,518.73 | | | | | | | | | | | | | | | | | |
| TOTAL COST OF REVENUE | - | | | | | | | | | | | | | | | | | |
| **GROSS PROFIT** | **4,518.73** | | | | | | | | | | | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | 17,363.84 | | | | | | | | | | | | | | | | | |
| Operating Costs | - | | | | | | | | | | | | | | | | | |
| General & Administrative | 617.09 | | | | | | | | | | | | | | | | | |
| Sales & Property Taxes | - | | | | | | | | | | | | | | | | | |
| Insiders Compensation | - | | | | | | | | | | | | | | | | | |
| Professional Fees | - | | | | | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **17,980.93** | | | | | | | | | | | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX | (13,462.20) | | | | | | | | | | | | | | | | | |
| Interest Expense | - | | | | | | | | | | | | | | | | | |
| Depreciation / Amortization | - | | | | | | | | | | | | | | | | | |
| Other (Income) Expense | - | | | | | | | | | | | | | | | | | |
| Other Items | - | | | | | | | | | | | | | | | | | |
| **TOTAL INT, DEPR & OTHER ITEMS** | **-** | | | | | | | | | | | | | | | | | |
| NET INCOME BEFORE TAXES | (13,462.20) | | | | | | | | | | | | | | | | | |
| Federal Income Taxes | - | | | | | | | | | | | | | | | | | |
| **NET INCOME (LOSS)** | **(13,462.20)** | | | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)**

**PETITION DATE: APRIL 13, 2016**

**MOR-3  Balance Sheet Liabilities and Equity as of April 30, 2016**

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Energy LLC<br>16-31897 | Aztec Operating Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | | | | | | |
| Post Petition Liabilities | 18.84 | - | - | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Intercompany Payables (NET) | 265,722.79 | - | - | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 1,488,490.26 | - | - | | | | | | | | | | | | | | | |
| Secured Debt | - | - | - | | | | | | | | | | | | | | | |
| Priority Debt | - | - | - | | | | | | | | | | | | | | | |
| Taxes | - | - | - | | | | | | | | | | | | | | | |
| Unsecured Debt | 1,106,410.20 | 100,000.00 | 100,000.00 | | | | | | | | | | | | | | | |
| Accrued Interest | 370,419.67 | 13,407.54 | 14,297.95 | | | | | | | | | | | | | | | |
| Accrued Expenses | - | | | | | | | | | | | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | 2,965,320.13 | 113,407.54 | 114,297.95 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **TOTAL LIABILITIES** | 3,231,061.76 | 113,407.54 | 114,297.95 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **OWNERS EQUITY (DEFICIT)** | | | | | | | | | | | | | | | | | | |
| Preferred Stock | 100.00 | - | - | | | | | | | | | | | | | | | |
| Common Stock / Capital | 13,241.07 | - | - | | | | | | | | | | | | | | | |
| Additional Paid-in Capital | 4,233,152.24 | - | - | | | | | | | | | | | | | | | |
| Shareholders' Receivables | - | (37,000.00) | - | | | | | | | | | | | | | | | |
| Retained Earnings: Filing Date | (6,902,342.68) | 248,660.54 | (108,473.04) | | | | | | | | | | | | | | | |
| Date | - | - | - | | | | | | | | | | | | | | | |
| **TOTAL OWNERS' EQUITY (NET WORTH)** | (2,655,849.37) | 211,660.54 | (108,473.04) | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **TOTAL LIABILITIES + OWNERS' EQUITY** | 575,212.39 | 325,068.08 | 5,824.91 | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)**

**PETITION DATE: APRIL 13, 2016**

**MOR-3  Balance Sheet Assets as of April 30, 2016**

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Energy LLC<br>16-31897 | Aztec Operating Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | | | |
| Cash | 143,379.03 | 59,345.29 | 5,824.91 | | | | | | | | | | | | | | | |
| Accounts Receivable (Net) | - | - | - | | | | | | | | | | | | | | | |
| Prepaid Expenses | 309,711.20 | - | - | | | | | | | | | | | | | | | |
| Intercompany Receivables | - | 265,722.79 | - | | | | | | | | | | | | | | | |
| List) | - | - | - | | | | | | | | | | | | | | | |
| **TOTAL CURRENT ASSETS** | 453,090.23 | 325,068.08 | 5,824.91 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Fixed Assets, At Cost | - | - | - | | | | | | | | | | | | | | | |
| Depreciation | - | - | - | | | | | | | | | | | | | | | |
| **NET FIXED ASSETS** | - | - | - | | | | | | | | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | | | | | | | | | | | |
| Investment in Subsidiaries | - | - | - | | | | | | | | | | | | | | | |
| Goodwill | - | - | - | | | | | | | | | | | | | | | |
| Other Assets (attach list) | - | - | - | | | | | | | | | | | | | | | |
| **TOTAL ASSETS** | 453,090.23 | 325,068.08 | 5,824.91 | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)

PETITION DATE: APRIL 13, 2016

**MOR-2  Questionnaire for partial month of April 2016 (April 13-30)**

| | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Is the business still operating? | Yes | Yes | Yes | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you paid all your bills on time this month? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Did you pay your employees on time? | Yes | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Have you deposited all the receipts for your business into the DIP account this month? | Note 1 | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Have you filed all of your tax returns and paid all of your taxes this month? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Have you timely filed all other required government filings? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Have you paid all of your insurance premiums this month? | Yes | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Do you plan to continue to operate the business next month? | Yes | Yes | Yes | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Are you current on your quarterly fee payment to the U.S. Trustee? | Yes | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Have you paid anything to your attorney or other professionals this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Did you have any unusual or significant unanticipated expenses this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Do you have any bank accounts open other than the DIP account? | Yes | Yes | Yes | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you sold any assets other than inventory this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Did any insurance company cancel your policy this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you borrowed money from anyone this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Has anyone made an investment in your business this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you paid any bills you owed before you filed bankruptcy? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |

**Footnotes:**
(1) For the month of April, Debtor did not establish DIP Accounts.  All money was deposited in its operating account at Amegy Bank.