**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:  Case No. **16-31899**

**Aztec VIIIB Oil & Gas, LP**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Catherine D. Latimore**<br>19 Alpine Dr<br>Newnan, GA  30263-2605 | 7.060000 | Limited Partner |
| **Catherine L. Namorato**<br>9508 Heather Spring Dr<br>Henrico, VA  23238-4459 | 3.530000 | Limited Partner |
| **Clark D. Davis & Rosa M. Davis**<br>17280 389th Ave<br>Redfield, SD  57469-6712 | 0.882000 | Limited Partner |
| **Cutler Family Trust dtd 5/15/1997**<br>509 Excalibur Dr<br>McKinney, TX  75071-8023 | 3.530000 | Limited Partner |
| **Daren J. & Jerald S. Tuchband**<br>12 W Palmer Ave<br>Nanuet, NY  10954-2230 | 1.765000 | Limited Partner |
| **Doris Ann Hoven & Perry D. Hoven**<br>PO Box 190<br>Bowdle, SD  57428-0190 | 1.059000 | Limited Partner |
| **Elaine L. Morgan**<br>2261 Glen Mary Pl<br>Duluth, GA  30097-3715 | 3.530000 | Limited Partner |
| **Geary W. Clayton & Patricia W. Clayton**<br>115 River Bend Ct<br>Eatonton, GA  31024-5322 | 3.530000 | Limited Partner |
| **Georgens Living Trust, D. Georgens succe**<br>1816 Verano Vis<br>San Marcos, CA  92078-2110 | 0.882000 | Limited Partner |
| **Gregory & Terri Martin**<br>105 Cypress Pt<br>Saint Simons Island, GA  31522-2449 | 1.765000 | Limited Partner |
| **H. Craig Richardson Family Trust**<br>575 Gardner Dr<br>Blackfoot, ID  83221-3929 | 1.059000 | Limited Partner |
| **James C. Morgan, III**<br>214 White Oak Rd<br>Pine Mountain, GA  31822-2835 | 1.765000 | Limited Partner |
| **James M. Hartman & Kristen A. Scullin-Ha**<br>13324 Thornhill Dr<br>Saint Louis, MO  63131-1613 | 1.765000 | Limited Partner |
| **Jesse Ian Ryba**<br>1720 Mount Vernon Dr<br>San Jose, CA  95125-5552 | 0.882000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Type |
|---|---|---|
| John Beukers & Ruth J. Beukers<br>711 River View Dr<br>Twin Falls, ID  83301-3012 | 3.530000 | Limited Partner |
| Kamp Richard Meyer<br>4160 Penrose Pl<br>Rapid City, SD  57702-6828 | 0.882000 | Limited Partner |
| Kevin C. O'Malley & Joanne O'Malley<br>696 Forest Ave<br>Rye, NY  10580-3272 | 0.882000 | Limited Partner |
| Larry G. Van Dyke<br>2157 120th Ave<br>Hardwick, MN  56134-4020 | 0.882000 | Limited Partner |
| Lonnie R. & Kristi K. Henriksen Family T<br>19811 453rd Ave<br>Arlington, SD  57212-5511 | 0.882000 | Limited Partner |
| LulaJean Bausch 1999 Trust<br>218 Buffett Dr<br>Springfield, IL  62711-6392 | 5.295000 | Limited Partner |
| Mary Duff Rayneri<br>205 W Prentiss Ave<br>Greenville, SC  29605-4033 | 3.530000 | Limited Partner |
| Matthew Siebrands & Alyce Siebrands<br>9203 W 32nd St<br>Sioux Falls, SD  57106-4871 | 2.647000 | Limited Partner |
| Michael M. Todd & Catherine C. Todd<br>18946 Canoe Landing Ct<br>Lansdowne, VA  20176-8218 | 0.882000 | Limited Partner |
| Michael R. Dana<br>160 W Highway 14<br>Spearfish, SD  57783-1149 | 0.882000 | Limited Partner |
| Norman E. Andrews<br>1207 Edenham Ln<br>Cumming, GA  30041-7087 | 0.882000 | Limited Partner |
| Pamela Bales<br>8515 San Juanico St<br>Houston, TX  77044-1615 | 1.059000 | Limited Partner |
| Randal E. Gore & Eugenia L. Gore<br>2268 James B White Hwy N<br>Whiteville, NC  28472-8964 | 1.765000 | Limited Partner |
| Robert W. Lyons<br>467 S Main St<br>Suffield, CT  06078-2248 | 0.882000 | Limited Partner |
| Sachs Family Trust dtd 4/7/08<br>9522 Babauta Rd<br>San Diego, CA  92129-4919 | 2.400000 | Limited Partner |
| Sharon L. Milatz<br>51155 W Huron River Dr<br>Belleville, MI  48111-2573 | 2.647000 | Limited Partner |
| Steven Perry<br>978 S High St<br>Denver, CO  80209-4551 | 0.882000 | Limited Partner |
| Susan K. Inouye<br>PO Box 311<br>Payette, ID  83661-0311 | 0.882000 | Limited Partner |
| Talitha West<br>3 Pond View Ln<br>Titusville, NJ  08560-1416 | 3.530000 | Limited Partner |
| The Nathan & Judyth Smith Revocable Trus<br>826 Orange Ave Ste 271<br>Coronado, CA  92118-2619 | 0.882000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Theodore W. Stehly**<br>**3180 Old Fox Run**<br>**Sun Prairie, WI  53590-9359** | **0.882000** | **Limited Partner** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)