**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

| | |
|---|---|
| **IN RE:** | Case No. **16-31900** |
| **Aztec VIIIC Oil & Gas, LP** | Chapter **11** |
| Debtor(s) | |

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Advanta IRA Trust, LLC FBO David Savage**<br>3505 Oaks Way Apt 115<br>Pompano Beach, FL  33069-5330 | 8.408000 | Limited Partner |
| **Aztec Energy LLC**<br>1 Riverway Ste 1580<br>Houston, TX  77056-2077 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>1 Riverway Ste 1580<br>Houston, TX  77056-2077 | 29 | Limited Partner |
| **Bruce J. Gilmartin**<br>PO Box 77<br>East Boothbay, ME  04544-0077 | 8.408000 | Limited Partner |
| **Bryan Dingsor & Jennifer Dingsor**<br>3017 N Serenity Dr<br>Watertown, SD  57201-8326 | 1.051000 | Limited Partner |
| **Charles B. Thomas**<br>5 Beachwood Rd<br>Amelia Island, FL  32034-6501 | 4.204000 | Limited Partner |
| **Chester McCrary**<br>3637 Ridgewood Dr<br>Grand Prairie, TX  75052-6722 | 2.102000 | Limited Partner |
| **Dennis W. Beckman**<br>40982 207th St<br>Cavour, SD  57324-6601 | 1.261000 | Limited Partner |
| **Edward R. Forrester & Sandra G. Forreste**<br>720 W Apache St<br>Medford, OK  73759-1328 | 2.102000 | Limited Partner |
| **Elizabeth B. Hanks**<br>1130 Peachtree Rd<br>Augusta, GA  30909-3820 | 4.204000 | Limited Partner |
| **Faye McNall**<br>PO Box 36<br>East Boothbay, ME  04544-0036 | 8.408000 | Limited Partner |
| **Gail W. Neeld**<br>3025 River North Pkwy<br>Atlanta, GA  30328-1117 | 1.051000 | Limited Partner |
| **Gary VanDyke**<br>18724 484th Ave<br>Brandt, SD  57218-5805 | 1.051000 | Limited Partner |
| **Gregory D. Keating**<br>19821 417th Ave<br>Carpenter, SD  57322-6300 | 1.051000 | Limited Partner |
| **James E. Davis & Bernece B. Davis**<br>44 County Road 228<br>Oxford, MS  38655-5845 | 1.051000 | Limited Partner |
| **James J. Santoro**<br>904 E 2nd Ave SW<br>Rome, GA  30161-3302 | 10.511000 | Limited Partner |

| Name & Address | Units | Type |
|---|---|---|
| **John B. Neeld, Jr.**<br>**3025 River North Pkwy**<br>**Atlanta, GA  30328-1117** | **3.153000** | **Limited Partner** |
| **Julianne W. Benson & Steven P. Benson**<br>**540 Jackson Tavern Way**<br>**Great Falls, VA  22066-1153** | **1.471000** | **Limited Partner** |
| **Keith A. Happy & Janet T. Happy**<br>**5369 Milan Oakville Rd**<br>**Milan, MI  48160-9000** | **1.471000** | **Limited Partner** |
| **Kent E. Perry**<br>**PO Box 429**<br>**Brigham City, UT  84302-0429** | **1.051000** | **Limited Partner** |
| **Kyle D. Pruett & Marsha Kline Pruett**<br>**40 Trumbull Rd**<br>**Northampton, MA  01060-3023** | **1.051000** | **Limited Partner** |
| **Lisa Welch & Paul Welch**<br>**117 Doolittle Rd**<br>**Stamford, CT  06902-1118** | **2.102000** | **Limited Partner** |
| **Lynn R. Perry**<br>**728 E David Dr**<br>**Tremonton, UT  84337-1150** | **1.051000** | **Limited Partner** |
| **Michael M. Todd & Catherine C. Todd**<br>**18946 Canoe Landing Ct**<br>**Lansdowne, VA  20176-8218** | **1.051000** | **Limited Partner** |
| **Michelle Thaxton Hardy**<br>**14 Point Comfort**<br>**Columbia, SC  29209-0836** | **1.682000** | **Limited Partner** |
| **Verne & Marcella Zabel**<br>**30217 136th St**<br>**Selby, SD  57472-6206** | **1.051000** | **Limited Partner** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)