**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

| | |
|---|---|
| **IN RE:** | Case No. **16-31901** |
| **Aztec XA Oil & Gas LP** | Chapter **11** |
| Debtor(s) | |

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Alan H. DeCherney**<br>**11210 S Glen Rd**<br>**Potomac, MD  20854-1846** | 0.470000 | Limited Partner |
| **Anthony J. Grasso, Jr.**<br>**7326 Dartmoor Xing**<br>**Fayetteville, NY  13066-2478** | 0.470000 | Limited Partner |
| **Aztec Energy LLC**<br>**1 Riverway Ste 1580**<br>**Houston, TX  77056-2077** | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>**1 Riverway Ste 1580**<br>**Houston, TX  77056-2077** | 29 | Limited Partner |
| **Blue Eagle, LLC**<br>**288 Clayton St # 303**<br>**Denver, CO  80206-4810** | 0.470000 | Limited Partner |
| **Brad Vaughn**<br>**7096 Whitewater St**<br>**Carlsbad, CA  92011-5434** | 2.539000 | Limited Partner |
| **Bryan Muthig Trust dtd 11/11/2011**<br>**116 N 4th Ave**<br>**Ann Arbor, MI  48104-1402** | 0.940000 | Limited Partner |
| **Catherine D. Latimore**<br>**19 Alpine Dr**<br>**Newnan, GA  30263-2605** | 1.411000 | Limited Partner |
| **Charles E. & Donna J. Stehly**<br>**40855 104th St**<br>**Hecla, SD  57446-5503** | 0.470000 | Limited Partner |
| **Charles P. & Elizabeth A. Childs**<br>**14211 Verde Mar Ln**<br>**Houston, TX  77095-3467** | 0.564000 | Limited Partner |
| **Community National Bank CUST FBO John Bu**<br>**3804 Butler Rd**<br>**New Bern, NC  28560-7010** | 0.658000 | Limited Partner |
| **Community National Bank CUST FBO: Julia**<br>**1302 Nerine Cir**<br>**Dunwoody, GA  30338-4814** | 0.564000 | Limited Partner |
| **Darold & Vonna Mentzer**<br>**PO Box 274**<br>**Wessington Springs, SD  57382-0274** | 0.470000 | Limited Partner |
| **Darren & Heidi Lisiten**<br>**31 Anchor St Apt X**<br>**Freeport, NY  11520-5284** | 0.470000 | Limited Partner |
| **David W. Kornfuehrer**<br>**6501 Targa Ct**<br>**Austin, TX  78749-1628** | 0.470000 | Limited Partner |
| **Debrajane Ullrich**<br>**190 Highland Dr**<br>**Athens, GA  30606-3212** | 0.470000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Percentage | Role |
|---|---|---|
| **Dewayne & Faith Perry**<br>1705 Randolph Ridge Trl<br>Austin, TX  78746-7373 | 1.881000 | Limited Partner |
| **Diligent Trust dtd 10/12/11**<br>PO Box 421354<br>San Diego, CA  92142-1354 | 0.470000 | Limited Partner |
| **Edwin Pete Sulik, Jr. & Kolleen Sulik**<br>4206 Snug Harbor Dr<br>College Station, TX  77845-8759 | 0.940000 | Limited Partner |
| **Elaine L. Morgan**<br>2261 Glen Mary Pl<br>Duluth, GA  30097-3715 | 1.881000 | Limited Partner |
| **Elizabeth Avellan**<br>PO Box 608<br>Spicewood, TX  78669-0608 | 0.940000 | Limited Partner |
| **Frank M. Klopp**<br>650 Red Plum Ln<br>Vista, CA  92081-7558 | 0.470000 | Limited Partner |
| **Gail A. Thomas**<br>2312 Marbleridge Dr<br>Gainesville, GA  30501-7824 | 0.940000 | Limited Partner |
| **Gary S. Schleiter**<br>78 Brushy Hill Rd<br>Newtown, CT  06470-2239 | 0.752000 | Limited Partner |
| **Gilbert Chimes**<br>18 Fieldstone Dr<br>Katonah, NY  10536-3342 | 0.470000 | Limited Partner |
| **Gloria J. Shipley**<br>2301 S Irish Rd<br>Davison, MI  48423-8361 | 0.470000 | Limited Partner |
| **Grasso Investments, LLC**<br>7300 Anaqua Dr<br>Austin, TX  78750-7906 | 0.940000 | Limited Partner |
| **Grasso-Schneider LLC**<br>7300 Anaqua Dr<br>Austin, TX  78750-7906 | 0.940000 | Limited Partner |
| **Greenman Investments, LLC**<br>PO Box 1317<br>Wimberley, TX  78676-1317 | 0.940000 | Limited Partner |
| **Gregory T. Spence**<br>1660 Merton Rd NE<br>Atlanta, GA  30306-3004 | 0.940000 | Limited Partner |
| **Grover & Sabrina Arnett**<br>PO Box 489<br>Salyersville, KY  41465-0489 | 0.470000 | Limited Partner |
| **Harold Walter Living Trust**<br>41174 193rd St<br>Carpenter, SD  57322-8212 | 1.881000 | Limited Partner |
| **Heather L. George**<br>2721 Poipu Rd Apt 202<br>Koloa, HI  96756-9584 | 0.470000 | Limited Partner |
| **Howard M. Kaplan**<br>2226 Winnebago Trl<br>Fern Park, FL  32730-3010 | 0.508000 | Limited Partner |
| **Howard White**<br>12013 Conway St<br>Spring Hill, FL  34609-2821 | 0.470000 | Limited Partner |
| **James C. Morgan, III**<br>214 White Oak Rd<br>Pine Mountain, GA  31822-2835 | 0.940000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name & Address | Units | Type |
|---|---|---|
| James J. Santoro<br>904 E 2nd Ave SW<br>Rome, GA  30161-3302 | 2.821000 | Limited Partner |
| Jeffrey C. West<br>116 Cobble Rd # A<br>Kent, CT  06757-1601 | 0.940000 | Limited Partner |
| Jeffrey R. Bender & Judith D. Bender<br>364 Wildwood Dr<br>Orange, CT  06477-1623 | 0.470000 | Limited Partner |
| Joan K. Roth Trust<br>19 Joiner St<br>Saint Augustine, FL  32084-2806 | 0.470000 | Limited Partner |
| John & Amanda Stangl<br>570 Barton Ave NW<br>Buffalo, MN  55313-4462 | 0.752000 | Limited Partner |
| John Klett<br>35 University Dr<br>Setauket, NY  11733-1133 | 0.940000 | Limited Partner |
| John W Bales, Jr.<br>1418 Whedbee St<br>Fort Collins, CO  80524-4134 | 0.470000 | Limited Partner |
| Joseph G. Magnant<br>413 Snow Dr<br>Fort Myers, FL  33919-3139 | 1.881000 | Limited Partner |
| Joyce Cermeno Fernandez Living Trust<br>2611 Bayshore Blvd # 503<br>Tampa, FL  33629-7357 | 1.881000 | Limited Partner |
| Keith J. & Mary Ann Miller<br>6246 N Maximus Pl<br>Meridian, ID  83646-5968 | 1.411000 | Limited Partner |
| Keith O. Woodard<br>600 Ardwood Rd<br>Earlysville, VA  22936-9207 | 0.940000 | Limited Partner |
| Larry A. & Joyce L. DeYoung<br>54 N Waterloo Rd<br>Devon, PA  19333-1458 | 0.940000 | Limited Partner |
| Lenora S. Santoro<br>904 E 2nd Ave SW<br>Rome, GA  30161-3302 | 2.821000 | Limited Partner |
| Linton B. Ward & Michele S.  Ward<br>17212 Chadwood Ct<br>Austin, TX  78717-2950 | 0.470000 | Limited Partner |
| Lisa M. Steiner<br>5256 Wynterhall Dr<br>Dunwoody, GA  30338-3740 | 1.316000 | Limited Partner |
| Louise-Marie Dembry<br>79 Van Rose Dr<br>North Haven, CT  06473-4463 | 0.470000 | Limited Partner |
| Mark O. Carlson<br>1214 46th St<br>Sioux City, IA  51104-1402 | 0.940000 | Limited Partner |
| Matthew T. Brogdon<br>12902 Watermist Ln<br>Houston, TX  77041-7634 | 1.881000 | Limited Partner |
| Michael T. Bombard<br>4910 Arbor Meadows Dr<br>Cumming, GA  30040-4160 | 0.940000 | Limited Partner |
| Miguel Beckles<br>78 Brushy Hill Rd<br>Newtown, CT  06470-2239 | 0.564000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Role |
|---|---|---|
| **Naveed Ahmed & Shafia T. Naveed**<br>106 Mountain View Ct<br>Pikeville, KY  41501-1680 | 0.470000 | Limited Partner |
| **Pam Schlatter**<br>1155 S Clarion St<br>Philadelphia, PA  19147-4411 | 0.470000 | Limited Partner |
| **Pamela Bales**<br>8515 San Juanico St<br>Houston, TX  77044-1615 | 0.470000 | Limited Partner |
| **Paul M. Thaxton**<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.940000 | Limited Partner |
| **Paul Michael Thaxton, II**<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.564000 | Limited Partner |
| **Reid & Donna Carlock**<br>6413 Renwick Cir<br>Tampa, FL  33647-1173 | 0.470000 | Limited Partner |
| **Richard D. Scheets & Betsey L. Scheets**<br>5208 Fernridge Ct<br>Camarillo, CA  93012-4122 | 0.940000 | Limited Partner |
| **Robert P. Skinner**<br>34 Mohawk Rd<br>London, ON | 0.470000 | Limited Partner |
| **Scott H. Valor**<br>2721 Poipu Rd Apt 202<br>Koloa, HI  96756-9584 | 0.470000 | Limited Partner |
| **Shari D. Phillips**<br>6627 Turnstone Ln<br>Lakewood Ranch, FL  34202-8292 | 0.470000 | Limited Partner |
| **Shelly Wilfong & Lalan Wilfong, JTWROS**<br>5521 Pebblebrook Drive , Dallas, TX-7522 | 0.940000 | Limited Partner |
| **Steven M. & Ruth A. Preissman**<br>2 Rosewood Ln<br>Moorestown, NJ  08057-3945 | 1.881000 | Limited Partner |
| **Steven M. Peters**<br>L.D. Peters & Sons, Inc.<br>39 Birch St<br>New Rochelle, NY  10801-6801 | 0.470000 | Limited Partner |
| **Suri & Shanthi Karthikeyan**<br>4 Fall Meadow Dr<br>Pittsford, NY  14534-9514 | 0.470000 | Limited Partner |
| **Terri A. Thaxton**<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 2.445000 | Limited Partner |
| **The Montgomery Trust, Donna Montgomery T**<br>11219 Rolling Hills Way<br>Valley Center, CA  92082-3356 | 0.470000 | Limited Partner |
| **The Steven & Laura Abel Nevada Family Tr**<br>2000 Camp Nauvoo Rd<br>Placerville, CA  95667-8598 | 4.702000 | Limited Partner |
| **Theodore M. Amenta**<br>293 Village Hill Rd<br>Willington, CT  06279-2237 | 0.470000 | Limited Partner |
| **Theotis L. Callender**<br>469 Franklin St<br>Westbury, NY  11590-1304 | 0.470000 | Limited Partner |
| **William A. Kendall**<br>PO Box 2648<br>Pikeville, KY  41502-2648 | 0.470000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)