**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:  Case No. **16-31902**

**Aztec XB Oil & Gas LP**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Alfred E. & Barbara R. Austin, JTWROS**<br>**15320 Fulton St**<br>**Brighton, CO  80602-5639** | 0.452000 | Limited Partner |
| **Anderson Living Trust**<br>**1623 Dogwood Ave**<br>**Creston, IA  50801-8303** | 0.452000 | Limited Partner |
| **Andrew Cantrell**<br>**1303 Creekstone Dr**<br>**Cedar Park, TX  78613-3995** | 0.543000 | Limited Partner |
| **Arvene & Nancy J. Doering**<br>**104 S State St**<br>**Hubbard, IA  50122-9510** | 0.905000 | Limited Partner |
| **Aztec Energy LLC**<br>**21175 State Highway 249 Ste 330**<br>**Houston, TX  77070-1655** | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>**21175 State Highway 249 Ste 330**<br>**Houston, TX  77070-1655** | 29 | Limited Partner |
| **Bradley G. Staley & Susan K. Staley**<br>**1366 Highway 3 Apt A**<br>**Hampton, IA  50441-7481** | 0.452000 | Limited Partner |
| **Brent Stewart**<br>**204 Hawthorne Dr**<br>**Norwalk, IA  50211-9665** | 0.452000 | Limited Partner |
| **Carolyn St. Clair**<br>**309 N P St**<br>**Cottage Grove, OR  97424-1440** | 0.905000 | Limited Partner |
| **Clifford C. Reynolds, III & Elizabeth M.**<br>**10149 Wavell Rd**<br>**Fairfax, VA  22032-2337** | 0.452000 | Limited Partner |
| **Colleen A. Darby Revocable Trust**<br>**5441 Drum Castle Pkwy**<br>**Sarasota, FL  34238-8505** | 7.238000 | Limited Partner |
| **Community Nat. Bank CUST FBO: Oleg Sinit**<br>**5791 Wilbanks Dr**<br>**Norcross, GA  30092-1410** | 0.452000 | Limited Partner |
| **Community National Bank CUST FBO John Bu**<br>**3804 Butler Rd**<br>**New Bern, NC  28560-7010** | 1.176000 | Limited Partner |
| **Corey G. Solman, Jr.**<br>**18533 Wild Horse Creek Rd**<br>**Chesterfield, MO  63005-4009** | 0.905000 | Limited Partner |
| **Curtis W. Blake**<br>**308 Kings Pl**<br>**Polk City, IA  50226-1238** | 0.452000 | Limited Partner |
| **D&M Seehusen Trust**<br>**231 N 9th Ave**<br>**Sheldon, IA  51201-1214** | 0.452000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass   CINcompass (www.cincompass.com)

| Name / Address | Units | Type |
|---|---|---|
| **Daniel B. Russell**<br>2073 Ramblewood Ct<br>Castle Rock, CO  80104-7548 | 0.724000 | Limited Partner |
| **David Boucher**<br>600 Fourth Fairway Dr<br>Roswell, GA  30076-3558 | 0.452000 | Limited Partner |
| **David J. Frett & Julie M. Frett, JTWROS**<br>31293 Highway 52<br>Bellevue, IA  52031-9669 | 0.452000 | Limited Partner |
| **David Vincent**<br>100 Round Rock Rd<br>Wimberley, TX  78676 | 1.357000 | Limited Partner |
| **Dewayne & Faith Perry**<br>1705 Randolph Ridge Trl<br>Austin, TX  78746-7373 | 0.905000 | Limited Partner |
| **Edward R Girard & Eugenie P Ferro**<br>12 Hidden Bay Dr<br>South Dartmouth, MA  02748-3016 | 0.905000 | Limited Partner |
| **Elizabeth Avellan**<br>PO Box 608<br>Spicewood, TX  78669-0608 | 0.905000 | Limited Partner |
| **Entrust Cama FBO: Miguel Beckles, IRA L**<br>315 Creekside Ct<br>Roswell, GA  30076-2509 | 0.633000 | Limited Partner |
| **Ernest Walter Wilson**<br>520 Hobbs Rd<br>Athens, GA  30607-2035 | 0.452000 | Limited Partner |
| **ETC Sterling Trust CUST FBO: Stephen G.**<br>1825 E Harding St<br>Long Beach, CA  90805-3627 | 0.923000 | Limited Partner |
| **Forrest G. Simonton, III**<br>10202 Lockerbie Ct<br>Austin, TX  78750-4032 | 0.452000 | Limited Partner |
| **Frank D. Stegall**<br>17 Rivermont Dr SW<br>Rome, GA  30165-6645 | 1.809000 | Limited Partner |
| **Gerald A. Curtin**<br>140 Shelli Ln<br>Roswell, GA  30075-2965 | 0.905000 | Limited Partner |
| **Gina L. Maney**<br>3728 Thunder Way NE<br>Marietta, GA  30066-1798 | 1.809000 | Limited Partner |
| **Gloria Stevens-Rissman**<br>7908 Maple Dr<br>Des Moines, IA  50322-4436 | 0.452000 | Limited Partner |
| **Gossard Hanen Revocable Trust**<br>178 Broad St<br>San Luis Obispo, CA  93405-1708 | 0.452000 | Limited Partner |
| **Grasso-Schneider LLC**<br>7300 Anaqua Dr<br>Austin, TX  78750-7906 | 0.452000 | Limited Partner |
| **Gregory & Terri Martin**<br>105 Cypress Pt<br>Saint Simons Island, GA  31522-2449 | 0.452000 | Limited Partner |
| **Gregory Crespy**<br>29966 Washington Way<br>Westlake, OH  44145-6402 | 0.905000 | Limited Partner |
| **Harold & Juanita Overmann Joint Revocabl**<br>101 19th St # 306<br>Spirit Lake, IA  51360-1945 | 0.452000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Type |
|---|---|---|
| **J & M Sleper Trust**<br>3407 210th Ave<br>Titonka, IA  50480-7023 | 0.452000 | Limited Partner |
| **James C. Morgan, III**<br>214 White Oak Rd<br>Pine Mountain, GA  31822-2835 | 1.809000 | Limited Partner |
| **James Larry Tolbert**<br>121 Hickory Cv<br>Brandon, MS  39047-8361 | 0.452000 | Limited Partner |
| **James M. Hartman & Kristen A. Scullin-Ha**<br>13324 Thornhill Dr<br>Saint Louis, MO  63131-1613 | 0.452000 | Limited Partner |
| **Jay L. Winckler & Anne C. Winckler**<br>7900 Brightman Ln<br>Austin, TX  78733-3434 | 1.809000 | Limited Partner |
| **Jean M. Maggs**<br>8700 River Trce<br>Roswell, GA  30076-3940 | 0.452000 | Limited Partner |
| **John Fred Silver & Connie M. Silver**<br>727 Mountain View Dr<br>Lewiston, NY  14092-1911 | 0.452000 | Limited Partner |
| **John L. Tyler**<br>2552 E Alameda Ave # 37<br>Denver, CO  80209-3323 | 0.452000 | Limited Partner |
| **Kathleen C. Greene**<br>13 Lexington Hl Unit 10<br>Harriman, NY  10926-3441 | 0.452000 | Limited Partner |
| **Kenneth & Janice Augustine Revocable Tru**<br>2423 Duff Ave<br>Ames, IA  50010-4852 | 0.452000 | Limited Partner |
| **Kevin J. Marks**<br>300 Marks Rd<br>Mansfield, GA  30055-2714 | 1.809000 | Limited Partner |
| **Kevin J. Marks & Cathryn B. Marks**<br>300 Marks Rd<br>Mansfield, GA  30055-2714 | 1.809000 | Limited Partner |
| **Laura A. Nicholson**<br>301 E 87th St Apt 5F<br>New York, NY  10128-4806 | 0.905000 | Limited Partner |
| **Linda Roggow Revocable Trust**<br>76912 Petersburg Rd<br>Jackson, MN  56143-3281 | 0.633000 | Limited Partner |
| **Linton B. Ward & Michele S. Ward**<br>17212 Chadwood Ct<br>Austin, TX  78717-2950 | 1.357000 | Limited Partner |
| **Lucas P. Beeler**<br>2726 SE 11th St<br>West Des Moines, IA  50265-8345 | 0.452000 | Limited Partner |
| **Mark C. Segel Revocable Living Trust**<br>4672 Maura Ln<br>West Bloomfield, MI  48323-3627 | 0.905000 | Limited Partner |
| **Marlene S. Hadley Revocable Trust**<br>4890 Oak Grove Ct NE<br>Cedar Rapids, IA  52411-6782 | 0.724000 | Limited Partner |
| **Martin J. Klett Living Trust**<br>13973 Cancun<br>Fort Pierce, FL  34951-4222 | 0.543000 | Limited Partner |
| **Mary Calmer**<br>8847 Twin Lakes Rd<br>Manson, IA  50563-7013 | 0.452000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Role |
|---|---|---|
| Nicholas Living Trust<br>1122 S 12th Ave W<br>Newton, IA  50208-5213 | 0.452000 | Limited Partner |
| Patrick & Kerri James<br>6405 115th Street Ct NW<br>Gig Harbor, WA  98332-8689 | 0.452000 | Limited Partner |
| Patrick & Linda Merrigan<br>299 N 700 W<br>Paul, ID  83347-8713 | 0.905000 | Limited Partner |
| Patrick S. James & Kerri L. James<br>6405 115th Street Ct NW<br>Gig Harbor, WA  98332-8689 | 0.452000 | Limited Partner |
| Priscilla K. Michka Revocable Trust<br>710 Horn Run<br>San Antonio, TX  78245-3448 | 0.452000 | Limited Partner |
| R. David Patton<br>5855 Riverwood Dr<br>Sandy Springs, GA  30328-3728 | 0.543000 | Limited Partner |
| Robert P. Campbell, III & Carrie Campbel<br>1261 240th St<br>Eagle Grove, IA  50533-8103 | 0.905000 | Limited Partner |
| ROCH Holdings, LLC<br>3502 N 216th St<br>Elkhorn, NE  68022-2919 | 0.905000 | Limited Partner |
| Roger D. Kunz & Sharon M. Kunz Revocable<br>51 Barcelona Way<br>Hot Springs, AR  71909-3362 | 0.452000 | Limited Partner |
| Ronald & Judith Farrell<br>7230 N Spruce Ave<br>Kansas City, MO  64119-5486 | 0.452000 | Limited Partner |
| Ronald & Lynn McHose<br>635 SE Southfork Dr<br>Waukee, IA  50263-9585 | 0.452000 | Limited Partner |
| Scott J. Sewall Living Trust<br>8806 52nd Street Ct W<br>University Place, WA  98467-1760 | 0.724000 | Limited Partner |
| Southwest Securities FBO: Chris Gammon I<br>23510 Fairway Valley Ln<br>Katy, TX  77494-2022 | 0.493000 | Limited Partner |
| Southwest Securities FBO: Jackie D. Wads<br>2202 Capri Isle Ct<br>Houston, TX  77077-2187 | 0.493000 | Limited Partner |
| Southwest Securities FBO: Patti Fatheree<br>504 Oakwood Blvd<br>Round Rock, TX  78681-4404 | 0.905000 | Limited Partner |
| Southwest Securities, Inc. FBO: Mark Bul<br>14305 Friendswood Ln<br>Austin, TX  78737-9104 | 0.905000 | Limited Partner |
| Stephen J. Gotkis Living Trust<br>1578 Willow Pond Dr<br>Yardley, PA  19067-5796 | 1.176000 | Limited Partner |
| Steve & Sherri Lamb<br>5412 Woodstock St<br>Shawnee, KS  66218-9277 | 0.543000 | Limited Partner |
| Steven O. Southern<br>132 Dove Ln<br>Gray, TN  37615-2502 | 0.452000 | Limited Partner |
| Talitha West<br>3 Pond View Ln<br>Titusville, NJ  08560-1416 | 1.809000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Terry & Debra Sharp Revocable Trust**<br>PO Box 283<br>Indianola, IA  50125-0283 | 0.452000 | Limited Partner |
| **Terry L. Hibbard**<br>309 N P St<br>Cottage Grove, OR  97424-1440 | 1.140000 | Limited Partner |
| **The Kliewer Living Trust**<br>92075 Sharewater Ln<br>Cheshire, OR  97419-9704 | 0.905000 | Limited Partner |
| **The Michelle D. Sparks Revocable Trust**<br>420 Bradford Pl<br>North Dartmouth, MA  02747-3838 | 0.452000 | Limited Partner |
| **Thomas Fifer Trust**<br>906 Osage Bend Rd<br>Jefferson City, MO  65101-8446 | 0.452000 | Limited Partner |
| **Thomas G. Wilson**<br>1641 Plum Thicket Ln<br>West Des Moines, IA  50266-6604 | 0.633000 | Limited Partner |
| **Thomas Kirke**<br>1501 Tulip Tree Ln<br>West Des Moines, IA  50266-6676 | 0.452000 | Limited Partner |
| **Timothy & Veronica Groth**<br>30 Mark Twain Ln<br>East Setauket, NY  11733-1764 | 0.905000 | Limited Partner |
| **Timothy R. & Susan M. Rash**<br>460 Bel Bridge Cir<br>Midlothian, VA  23113-6493 | 0.452000 | Limited Partner |
| **Tin Box, LLC**<br>PO Box 5910<br>Naperville, IL  60567-5910 | 0.452000 | Limited Partner |
| **Todd L. Krieger**<br>17015 255th Ave<br>Spirit Lake, IA  51360-7009 | 0.452000 | Limited Partner |
| **Travis J. Petree Living Trust dtd 3/5/20**<br>2951 Rainbow Dr<br>Mason City, IA  50401-8931 | 0.452000 | Limited Partner |
| **Verne & Marcella Zabel**<br>30217 136th St<br>Selby, SD  57472-6206 | 0.452000 | Limited Partner |
| **Warner Living Trust dtd 9/21/2010**<br>2540 140th St<br>Rock Rapids, IA  51246-7509 | 0.452000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)