**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:     Case No. **16-31903**

**Aztec XC Oil & Gas LP**     Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Agnes Derecskei-Kovacs & Bela Derecskei**<br>6603 Carmel Dr<br>Macungie, PA  18062-8769 | 0.409000 | Limited Partner |
| **Alan Brown**<br>30510 Vickie Ln<br>Magnolia, TX  77354-2208 | 0.681000 | Limited Partner |
| **Anita M. Chen**<br>800 N 8th St Unit 120<br>San Jose, CA  95112-5063 | 0.340000 | Limited Partner |
| **Aztec Energy LLC**<br>1 Riverway Ste 1580<br>Houston, TX  77056-2077 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>1 Riverway Ste 1580<br>Houston, TX  77056-2077 | 29 | Limited Partner |
| **Barbara Andersen**<br>2060 Stanrich Ct<br>Marietta, GA  30062-6720 | 0.681000 | Limited Partner |
| **Billy J. Maney**<br>3728 Thunder Way NE<br>Marietta, GA  30066-1798 | 0.340000 | Limited Partner |
| **Bob Mullins Trucking**<br>31788 Cottage Grove Lorane Rd<br>Cottage Grove, OR  97424-8548 | 3.405000 | Limited Partner |
| **Brad A. & Christine A. Moll Rev. Living**<br>2101 Moll Ave<br>Perryville, MO  63775-9441 | 1.362000 | Limited Partner |
| **Brad VanWeelden**<br>5672 NW 5th Ct<br>Des Moines, IA  50313-1328 | 0.340000 | Limited Partner |
| **Brian E. Coey**<br>5413 Mica Dr<br>Prince George, VA  23875-2333 | 0.340000 | Limited Partner |
| **C & C Struve Trust**<br>6485 480th St<br>Sutherland, IA  51058-7554 | 0.340000 | Limited Partner |
| **Cal T. & Belinda Swanson**<br>3307 Lawn Ave Apt 4<br>Saint Louis, MO  63139-1132 | 0.681000 | Limited Partner |
| **Catherine D. Latimore**<br>19 Alpine Dr<br>Newnan, GA  30263-2605 | 2.724000 | Limited Partner |
| **Catherine L. Namorato**<br>9508 Heather Spring Dr<br>Henrico, VA  23238-4459 | 0.681000 | Limited Partner |
| **Charles E. & Donna J. Stehly**<br>40855 104th St<br>Hecla, SD  57446-5503 | 0.340000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass   CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Charles G. Spooner, Sr.**<br>28103 Perdido Beach Blvd Ofc 610-B<br>Orange Beach, AL  36561-3253 | 0.545000 | Limited Partner |
| **Christine Perry**<br>117 Shell Beach Dr<br>Lake Charles, LA  70601-5922 | 0.681000 | Limited Partner |
| **Christopher M. Barrett**<br>1206 Forest Home Dr<br>Houston, TX  77077-1403 | 0.340000 | Limited Partner |
| **Clint Gharib & Laurie J. Bivona**<br>4228 Wieuca Rd NE<br>Atlanta, GA  30342-3814 | 0.368000 | Limited Partner |
| **Corwin Family Trust**<br>2013 Via Aguila<br>San Clemente, CA  92673-5671 | 0.681000 | Limited Partner |
| **Dana E. Quillen**<br>PO Box 123<br>Lyndhurst, VA  22952-0123 | 0.340000 | Limited Partner |
| **Daniel B. Russell**<br>2073 Ramblewood Ct<br>Castle Rock, CO  80104-7548 | 3.405000 | Limited Partner |
| **Daniel G. Hadacek**<br>24 Eubank Rd<br>Mount Solon, VA  22843-2445 | 0.340000 | Limited Partner |
| **Daniel Moore**<br>8406 Moritz Ct<br>Houston, TX  77055-3273 | 0.340000 | Limited Partner |
| **David & Heather Harris**<br>6345 Lake Oak Lndg<br>Cumming, GA  30040-9574 | 0.681000 | Limited Partner |
| **David Ball**<br>2835 SE Timberline Dr<br>Waukee, IA  50263-8232 | 0.340000 | Limited Partner |
| **David M. Israel & Erin M. Israel**<br>522 Belle Grove Ln<br>Richmond, VA  23229-7255 | 0.340000 | Limited Partner |
| **David R. & Deborah L. Refling Revocable**<br>2643 Golfridge Ln<br>Apopka, FL  32712-2516 | 0.340000 | Limited Partner |
| **David T. & Lynn J. Leach**<br>15522 Leven Links Pl<br>Lakewood Ranch, FL  34202-5687 | 1.362000 | Limited Partner |
| **Deloris L. Warner Revocable Trust**<br>4308 W Creekside Dr<br>Sioux Falls, SD  57106-5259 | 0.409000 | Limited Partner |
| **Dennis T. Baird**<br>2135 S Pebblecreek Ln<br>Boise, ID  83706-6123 | 0.340000 | Limited Partner |
| **Dewayne & Faith Perry**<br>1705 Randolph Ridge Trl<br>Austin, TX  78746-7373 | 1.021000 | Limited Partner |
| **Douglas & Linda Truckenmiller**<br>2908 W 37th Cir Ste 302<br>Sioux Falls, SD  57105-8114 | 0.681000 | Limited Partner |
| **DuWayne Carl Survivor's Trust**<br>820 S Bridge St<br>Manawa, WI  54949-9207 | 0.681000 | Limited Partner |
| **Eduardo Jalles**<br>420 Vista del Mar Dr<br>Aptos, CA  95003-4832 | 0.681000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Percentage | Role |
|---|---|---|
| **Edward S. Roth & LaVon A. Roth Revocable**<br>620 E 17th St N<br>Newton, IA  50208-2429 | 0.409000 | Limited Partner |
| **Elaine L. Morgan**<br>2261 Glen Mary Pl<br>Duluth, GA  30097-3715 | 1.362000 | Limited Partner |
| **First Trust Comp. of Onaga FBO Kevin Kim**<br>214 W 9th St<br>Onaga, KS  66521-9624 | 0.340000 | Limited Partner |
| **Fredrick Family Trust Agreement**<br>290 Blair Mine Rd<br>Angels Camp, CA  95222-9435 | 0.681000 | Limited Partner |
| **Gary M. Wells Trust**<br>1550 Willow Run Blvd<br>Le Mars, IA  51031-7517 | 1.362000 | Limited Partner |
| **George C. & Mary Anne Cowgill**<br>4943 Dunwoody Club Dr<br>Atlanta, GA  30360-1322 | 0.681000 | Limited Partner |
| **Gina L. Maney**<br>3728 Thunder Way NE<br>Marietta, GA  30066-1798 | 0.681000 | Limited Partner |
| **Glatzmaier Living Trust**<br>25441 Rice Rd<br>Sweet Home, OR  97386-9620 | 2.043000 | Limited Partner |
| **Gregory D. Keating**<br>19821 417th Ave<br>Carpenter, SD  57322-6300 | 0.340000 | Limited Partner |
| **Hawley Creek Quarry, Inc**<br>31788 Cottage Grove Lorane Rd<br>Cottage Grove, OR  97424-8548 | 1.362000 | Limited Partner |
| **Heldman Family Trust**<br>21466 Encina Rd<br>Topanga, CA  90290-3520 | 0.681000 | Limited Partner |
| **Herbert & Sybil Scott Revocable Trust**<br>6291 Indian St<br>Kellogg, IA  50135-8777 | 0.681000 | Limited Partner |
| **J & M Sleper Trust**<br>3407 210th Ave<br>Titonka, IA  50480-7023 | 0.340000 | Limited Partner |
| **Jennifer A Woster Revocable Trust**<br>1035 113th St<br>New Providence, IA  50206-9508 | 0.340000 | Limited Partner |
| **Jill A. McEntegart**<br>5060 Powers Ferry Rd<br>Atlanta, GA  30327-4632 | 0.409000 | Limited Partner |
| **John Beukers & Ruth J. Beukers**<br>711 River View Dr<br>Twin Falls, ID  83301-3012 | 1.362000 | Limited Partner |
| **Joseph Trent Byerly**<br>607 College View Dr<br>Bridgewater, VA  22812-3532 | 0.340000 | Limited Partner |
| **Keith O. Woodard**<br>600 Ardwood Rd<br>Earlysville, VA  22936-9207 | 0.681000 | Limited Partner |
| **Kelly J. & Denise Norland**<br>3609 Fairfield St<br>Okoboji, IA  51355-2521 | 0.340000 | Limited Partner |
| **Kevin & Leigh Marks**<br>4800 Seaton Ct<br>Fort Worth, TX  76132-1163 | 0.340000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Kirk V. & Kelly D. Glawe**<br>14881 Scotch Ridge Rd<br>Carlisle, IA  50047-3132 | 0.340000 | Limited Partner |
| **Langer Living Trust Dtd 4.19.10**<br>4105 Belair Dr<br>Urbandale, IA  50323-2379 | 0.340000 | Limited Partner |
| **Lani Lanfear Hallermann**<br>5800 Republic of Texas Blvd<br>Austin, TX  78735-6317 | 0.340000 | Limited Partner |
| **Leif & April Widmayer Family Trust**<br>1671 La Colina Dr<br>Santa Ana, CA  92705-3368 | 0.681000 | Limited Partner |
| **Lloyd D. Dau & Janice C. Dau**<br>410 W 2nd St<br>Calumet, IA  51009-7747 | 0.340000 | Limited Partner |
| **Lonnie R. & Kristi K. Henriksen Family T**<br>19811 453rd Ave<br>Arlington, SD  57212-5511 | 0.340000 | Limited Partner |
| **Lyle D. Stutzman & Monica J. Stutzman**<br>6705 NW 93rd St<br>Johnston, IA  50131-3077 | 0.340000 | Limited Partner |
| **Lynn Tornaben**<br>710 Dean St<br>Brooklyn, NY  11238-3133 | 0.681000 | Limited Partner |
| **Martin Creek Quarry**<br>76250 Martin Creek Rd<br>Cottage Grove, OR  97424-9777 | 1.362000 | Limited Partner |
| **Mary Duff Rayneri**<br>205 W Prentiss Ave<br>Greenville, SC  29605-4033 | 0.681000 | Limited Partner |
| **Maude Limited Partnership**<br>24100 140th St<br>Spirit Lake, IA  51360-7045 | 0.681000 | Limited Partner |
| **Michelle Thaxton Hardy**<br>14 Point Comfort<br>Columbia, SC  29209-0836 | 0.340000 | Limited Partner |
| **MMR Research**<br>80 Mill St Ste 200<br>Roswell, GA  30075-4975 | 0.681000 | Limited Partner |
| **Nancy F. Michael**<br>4277 Scenic Hwy<br>Mount Solon, VA  22843-2203 | 0.409000 | Limited Partner |
| **Norman E. Andrews**<br>1207 Edenham Ln<br>Cumming, GA  30041-7087 | 0.340000 | Limited Partner |
| **Paul M. Thaxton**<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.409000 | Limited Partner |
| **Paul Michael Thaxton, II**<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.340000 | Limited Partner |
| **Paula T. Hansford**<br>1550 Wire Bridge Rd<br>Watkinsville, GA  30677-3432 | 0.340000 | Limited Partner |
| **Rick W. & Sharon L. Jorgenson**<br>5933 S Winwood Dr<br>Johnston, IA  50131-1648 | 0.340000 | Limited Partner |
| **Robert F. & Peggy J. Straeb**<br>3844 Cambria Pl<br>Colorado Springs, CO  80918-2307 | 0.340000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| Robert J. Testa & Ann Testa<br>81474 Avenida Gonzalez<br>Indio, CA  92201-2867 | 0.340000 | Limited Partner |
| Robert P. Kartschoke<br>61 N Lakeside Dr W<br>Medford, NJ  08055-8833 | 1.362000 | Limited Partner |
| Robert S. Gold, MD<br>4611 Brierwood Pl<br>Atlanta, GA  30360-2083 | 0.681000 | Limited Partner |
| Roger D. Kunz & Sharon M. Kunz Revocable<br>51 Barcelona Way<br>Hot Springs, AR  71909-3362 | 0.340000 | Limited Partner |
| Russell K. Kirk<br>5594 Franklin Rd<br>Lebanon, TN  37090-8101 | 0.340000 | Limited Partner |
| Sago Aztec 10C, LLC<br>20000 Thurman Bend Rd<br>Spicewood, TX  78669-1750 | 0.681000 | Limited Partner |
| Sakato Revocable Living Trust<br>3349 Spyglass Ct<br>Fairfield, CA  94534-8310 | 0.340000 | Limited Partner |
| Sarah Hudson Raymond Trust<br>165 Monarch Dr<br>Peachtree City, GA  30269-4113 | 0.340000 | Limited Partner |
| Seth & Brooke Wiersma<br>2705 Constant Lndg<br>Marietta, GA  30066-6933 | 0.340000 | Limited Partner |
| Stanley F. & Cindy L. Clark<br>15415 Airline Ave<br>Urbandale, IA  50323-2210 | 0.340000 | Limited Partner |
| Stephen C. & Rebecca A. Hook<br>146 Beechwood Dr SW<br>Reynoldsburg, OH  43068-3804 | 0.681000 | Limited Partner |
| Stephen C. Robinson<br>12108 Country Hills Way<br>Glen Allen, VA  23059-5361 | 0.340000 | Limited Partner |
| Stern Family Living Trust<br>4140 Quiet Meadow Ct<br>Fair Oaks, CA  95628-6667 | 1.362000 | Limited Partner |
| Steven B. & Katherine M. CdeBaca<br>6 Weber Ln<br>Coto de Caza, CA  92679-5235 | 0.817000 | Limited Partner |
| Suzanne P. Mueller<br>5986 S Elkhart Ct<br>Centennial, CO  80016-4710 | 0.340000 | Limited Partner |
| Terri A. Thaxton<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.749000 | Limited Partner |
| The D&E Macy Family Revocable Trust<br>26711 Alamanda<br>Mission Viejo, CA  92691-5740 | 0.681000 | Limited Partner |
| The Randall D. Stoecker Trust<br>5201 Newstead Manor Ln<br>Raleigh, NC  27606-9507 | 0.340000 | Limited Partner |
| The Sauers Revocable Trust<br>2 Taiga<br>Coto de Caza, CA  92679-5206 | 1.362000 | Limited Partner |
| Theodore W. Stehly<br>3180 Old Fox Run<br>Sun Prairie, WI  53590-9359 | 0.340000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Role |
|---|---|---|
| **Therese J. Garman**<br>6396 Carrs Chapel Rd<br>Silver Point, TN  38582-6221 | 0.340000 | Limited Partner |
| **Thomas A. Barrett Living Trust**<br>PO Box 1905<br>Blowing Rock, NC  28605-1905 | 0.340000 | Limited Partner |
| **Timothy Harrity**<br>8126 Wren Dr<br>Macedonia, OH  44056-2127 | 0.681000 | Limited Partner |
| **Timothy W. McAfee**<br>3652 Rembrandt Rd NW<br>Atlanta, GA  30327-2640 | 0.681000 | Limited Partner |
| **Val J. & Maria B. Miller**<br>8806 Winningham Ln<br>Houston, TX  77055-6636 | 0.340000 | Limited Partner |
| **Verne & Marcella Zabel**<br>30217 136th St<br>Selby, SD  57472-6206 | 0.681000 | Limited Partner |
| **Virginia B. Quillen**<br>10 Main Nursery Ln<br>Waynesboro, VA  22980-9129 | 0.681000 | Limited Partner |
| **Walter Mendenhall III, Revocable Trust**<br>4307 Lake Shore Dr<br>Okoboji, IA  51355-2589 | 0.340000 | Limited Partner |
| **Wickemeyer Trust**<br>3112 Jordan Grv<br>West Des Moines, IA  50265-6456 | 0.340000 | Limited Partner |
| **William & Bonnie Wilkinson**<br>34725 Devonshire Dr<br>Eugene, OR  97405-9691 | 0.340000 | Limited Partner |
| **William & Frances Elaine Gortmaker Rev.**<br>1707 Labrador Dr<br>Columbia, MO  65203-2069 | 1.062000 | Limited Partner |
| **William Charles Denk & Margaret Goodell**<br>320 Steeple Point Dr<br>Roswell, GA  30076-5522 | 0.340000 | Limited Partner |
| **William L. & Marcia L. Hane**<br>PO Box 31450<br>Mesa, AZ  85275-1450 | 0.681000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)