**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

| IN RE: | Case No. **16-31904** |
|---|---|
| **Aztec XI-A Oil & Gas LP** | Chapter **11** |
| Debtor(s) | |

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Amy Lazarus**<br>2904 Mitchell Cv NE<br>Atlanta, GA  30319-2696 | 0.346000 | Limited Partner |
| **Ann Bodine**<br>232 Seaborg Pl<br>Santa Cruz, CA  95060-3133 | 1.581000 | Limited Partner |
| **Ashley Bryan Smith**<br>253 Charles Rd<br>Canton, GA  30115-4742 | 0.693000 | Limited Partner |
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Billy & Pattye Casstevens**<br>2418 Courtland Dr<br>Arlington, TX  76017-3714 | 0.346000 | Limited Partner |
| **Bobby & Lynn Beadle**<br>656 Greenvale Rd<br>Milton, TN  37118-5558 | 0.346000 | Limited Partner |
| **Brad A. & Christine A. Moll Rev. Living**<br>2101 Moll Ave<br>Perryville, MO  63775-9441 | 0.693000 | Limited Partner |
| **Brad VanWeelden**<br>5672 NW 5th Ct<br>Des Moines, IA  50313-1328 | 0.346000 | Limited Partner |
| **Brent & Jacqueline Shanks**<br>3135 Kingman Rd<br>Ames, IA  50014-3938 | 0.346000 | Limited Partner |
| **Brian Curran**<br>27 Saxton Flats Rd<br>Saugerties, NY  12477-4059 | 0.346000 | Limited Partner |
| **Britt S. & Jacquline E. Scott**<br>1025 Oakridge Ct<br>Burleson, TX  76028-1063 | 0.346000 | Limited Partner |
| **Buckingham Interests, LP**<br>404 Hurst Creek Rd<br>Lakeway, TX  78734-3463 | 0.346000 | Limited Partner |
| **Corey G. Solman, Jr.**<br>18533 Wild Horse Creek Rd<br>Chesterfield, MO  63005-4009 | 0.346000 | Limited Partner |
| **Curtis W. Blake**<br>308 Kings Pl<br>Polk City, IA  50226-1238 | 0.346000 | Limited Partner |
| **Dale & Barbara Gordon**<br>640 Deer Pass Dr<br>Sedona, AZ  86351-7561 | 0.346000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass    CINcompass (www.cincompass.com)

| Name & Address | Percentage | Role |
|---|---|---|
| **Daniel & Melissa Bockman Family Trust**<br>1781 190th St<br>Milford, IA  51351-7269 | 0.346000 | Limited Partner |
| **Daniel B. Russell**<br>2073 Ramblewood Ct<br>Castle Rock, CO  80104-7548 | 0.832000 | Limited Partner |
| **David & Beverly Peterson**<br>PO Box 497<br>Arnolds Park, IA  51331-0497 | 0.554000 | Limited Partner |
| **David Ball**<br>2835 SE Timberline Dr<br>Waukee, IA  50263-8232 | 0.416000 | Limited Partner |
| **David Bowie**<br>2600 G St<br>Bellingham, WA  98225-3408 | 0.693000 | Limited Partner |
| **David M. & Elizabeth Jane Fenton Revocab**<br>PO Box 436<br>Roland, IA  50236-0436 | 0.554000 | Limited Partner |
| **Douglas & Linda Truckenmiller**<br>2908 W 37th Cir Ste 302<br>Sioux Falls, SD  57105-8114 | 1.387000 | Limited Partner |
| **Dr. J. Keith Bidwell**<br>3794 Grand Oak Trl<br>Dayton, OH  45440-5008 | 1.387000 | Limited Partner |
| **Duane & Ruth Sindt Trust**<br>33173 335th St<br>Waukee, IA  50263-7031 | 0.346000 | Limited Partner |
| **E. Mark Turner**<br>5007 Timber Trail Dr<br>Mount Juliet, TN  37122-6344 | 0.693000 | Limited Partner |
| **E. Michael & Georgia Sarno**<br>3104 Jordan Grv<br>West Des Moines, IA  50265-6456 | 0.346000 | Limited Partner |
| **Earl H. Graham**<br>1070 Belmont Pl<br>Braselton, GA  30517-2474 | 0.693000 | Limited Partner |
| **Forrest & Kay Simonton**<br>4537 Golf Vista Dr<br>Austin, TX  78730-3564 | 0.346000 | Limited Partner |
| **Frederick S. Freer, Jr.  & Linda Freer**<br>1009 Oak Way<br>Canton, GA  30114-8989 | 0.693000 | Limited Partner |
| **Gary & Janet Nobbe**<br>262 Morton Dr<br>Rockwell City, IA  50579-1126 | 0.346000 | Limited Partner |
| **George & Patricia Stanich**<br>17250 Meredith Dr<br>Clive, IA  50325-2207 | 0.346000 | Limited Partner |
| **Glen R. Palmer & Marilynn Palmer**<br>1319 S 184th Cir<br>Omaha, NE  68130-2729 | 1.387000 | Limited Partner |
| **Gregory S. McCullough**<br>2904 NW Sharmin Dr<br>Ankeny, IA  50023-4811 | 0.346000 | Limited Partner |
| **Harlan & Lila Manguson**<br>3332 200th St<br>Tracy, MN  56175-2160 | 0.693000 | Limited Partner |
| **Jack Fields & Melissa Kevorkian**<br>2123 Indian Point Dr<br>West Harrison, IN  47060-8016 | 0.346000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name & Address | Units | Type |
|---|---|---|
| James & Patricia McCullough<br>1010 NE 22nd Ct<br>Ankeny, IA  50021-9009 | 0.346000 | Limited Partner |
| James H. Lipscomb Trust<br>2930 NW 73rd Ln<br>Ankeny, IA  50023-9109 | 0.693000 | Limited Partner |
| James W. Anderson, III Revocable Trust<br>PO Box 888<br>Hermitage, TN  37076-0888 | 2.080000 | Limited Partner |
| Janis C. Tjaden Living Trust<br>14203 Goodman Dr<br>Urbandale, IA  50323-1922 | 0.346000 | Limited Partner |
| Jean A. Lipscomb Trust<br>2930 NW 73rd Ln<br>Ankeny, IA  50023-9109 | 0.693000 | Limited Partner |
| Jean Ries Revocable Trust dtd 3/29/05<br>4108 S Bedford Ave<br>Sioux Falls, SD  57103-7668 | 0.693000 | Limited Partner |
| Jeff W. Hogan Separate Property Trust<br>514 Sherry Ct<br>Modesto, CA  95356-9571 | 3.467000 | Limited Partner |
| Jerald L. & Linda L. Fleagle Rev Trust<br>2859 Pine Cir<br>Coralville, IA  52241-3489 | 0.693000 | Limited Partner |
| Jian Jin<br>1116 Littleoak Cir<br>San Jose, CA  95129-3137 | 0.554000 | Limited Partner |
| Joe T. Laseter<br>3360 Kimberly Rd NW<br>Kennesaw, GA  30144-1144 | 0.693000 | Limited Partner |
| John & Carolyn Moore<br>101 Hillside Dr E<br>Burleson, TX  76028-2351 | 0.346000 | Limited Partner |
| John B. Neeld, Jr.<br>3025 River North Pkwy<br>Atlanta, GA  30328-1117 | 1.664000 | Limited Partner |
| John W Bales, Jr.<br>1418 Whedbee St<br>Fort Collins, CO  80524-4134 | 0.346000 | Limited Partner |
| Jose Duran<br>21211 Fairhaven Creek Dr<br>Cypress, TX  77433-3555 | 0.693000 | Limited Partner |
| Kathiann Fisher<br>1323 Breezy Bend Dr<br>Katy, TX  77494-6108 | 1.040000 | Limited Partner |
| Keith O. Woodard<br>600 Ardwood Rd<br>Earlysville, VA  22936-9207 | 0.693000 | Limited Partner |
| Kenneth & Janice Augustine Revocable Tru<br>2423 Duff Ave<br>Ames, IA  50010-4852 | 0.346000 | Limited Partner |
| Kevin & Leigh Marks<br>4800 Seaton Ct<br>Fort Worth, TX  76132-1163 | 0.346000 | Limited Partner |
| Kim D. & Maureen Hemsley<br>33542 Wright Rd<br>Magnolia, TX  77355-7950 | 0.693000 | Limited Partner |
| Kimberly Champney<br>5353 Brooke Farm Dr<br>Dunwoody, GA  30338-3150 | 0.346000 | Limited Partner |

| Name / Address | Percentage | Role |
|---|---|---|
| **Lani Lanfear Hallermann**<br>5800 Republic of Texas Blvd<br>Austin, TX  78735-6317 | 0.346000 | Limited Partner |
| **Larry N. Browne**<br>30 Kingscote Way<br>The Woodlands, TX  77382-2703 | 2.080000 | Limited Partner |
| **Larry P. & Anna Isaacson Living Trust**<br>19055 455th Ave<br>Lake Norden, SD  57248-6609 | 0.346000 | Limited Partner |
| **Lowenschuss Family Trust**<br>4630 Via Orquida<br>Santa Barbara, CA  93111-1335 | 0.693000 | Limited Partner |
| **Manfred & Ilse Bedacht**<br>30204 Heather Oak Dr<br>Junction City, OR  97448-9417 | 0.554000 | Limited Partner |
| **Mark O. Carlson**<br>1214 46th St<br>Sioux City, IA  51104-1402 | 0.554000 | Limited Partner |
| **Maude Limited Partnership**<br>24100 140th St<br>Spirit Lake, IA  51360-7045 | 0.693000 | Limited Partner |
| **Michael & Julie Davenport**<br>470 Eastgate Ln<br>Santa Barbara, CA  93108-2248 | 0.693000 | Limited Partner |
| **Michael & Linnea Zimmerman Family Trust**<br>1328 Royal Saint George Dr<br>Naperville, IL  60563-2317 | 0.346000 | Limited Partner |
| **MMR Research**<br>80 Mill St Ste 200<br>Roswell, GA  30075-4975 | 0.693000 | Limited Partner |
| **Paluch Living Trust S.P., Edward J. Palu**<br>3660 Vireo Ave<br>Santa Clara, CA  95051-4573 | 0.416000 | Limited Partner |
| **Pamela Bales**<br>8515 San Juanico St<br>Houston, TX  77044-1615 | 0.346000 | Limited Partner |
| **Paul Randles Trust dtd 12/16/09**<br>4100 Fairfax Dr<br>Columbus, OH  43220-4525 | 0.693000 | Limited Partner |
| **Rahil Shah**<br>208 Lac Segnette Dr<br>Luling, LA  70070-4287 | 0.346000 | Limited Partner |
| **Richard D. Mohler**<br>1642 S G Ave # 213<br>Nevada, IA  50201-2817 | 0.346000 | Limited Partner |
| **Robert & Cindy Jeck**<br>1200 133rd Dr<br>Amana, IA  52203-8094 | 0.346000 | Limited Partner |
| **Robert & Wendi Porter**<br>5104 Bugle Sound Way NW<br>Kennesaw, GA  30152-2887 | 0.693000 | Limited Partner |
| **Robert J Testa, an Acct Corp Defined Ben**<br>81474 Avenida Gonzalez<br>Indio, CA  92201-2867 | 0.346000 | Limited Partner |
| **Roger & Julia Sweny**<br>11230 Travelers Way Ln<br>Houston, TX  77065-4919 | 0.693000 | Limited Partner |
| **Ronald M. & Carol E. Miller**<br>111 William Wallace Dr<br>Burleson, TX  76028-2327 | 0.346000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Type |
|---|---|---|
| **Roy G. Maniedeo & Bhavna S. Maniedeo**<br>312 Scenic Trl<br>Willow Park, TX  76087-7237 | 0.346000 | Limited Partner |
| **Ruth P. Nicholas**<br>17426 Megan Springs Dr<br>Spring, TX  77379-1929 | 1.040000 | Limited Partner |
| **Scharlene Brooks**<br>4523 Stonebridge Dr<br>Pearland, TX  77584-9219 | 0.693000 | Limited Partner |
| **Sharon J. McConville**<br>931 Begonia Rd # 102<br>Celebration, FL  34747-4462 | 0.346000 | Limited Partner |
| **Stephen K. DeCook Trust**<br>8950 NW 62nd Ave<br>Johnston, IA  50131-1733 | 0.346000 | Limited Partner |
| **Stephen R. Brasher**<br>4720 Yorkshire Ln<br>Suwanee, GA  30024-1362 | 0.346000 | Limited Partner |
| **Steven M. & Margie E. Knowlton**<br>8922 Kilrenny Dr<br>Spring, TX  77379-8667 | 0.748000 | Limited Partner |
| **Steven N. & Cheri M. Schmidt**<br>25 Lillian Ln<br>Doniphan, NE  68832-9776 | 0.416000 | Limited Partner |
| **Steven Perry**<br>978 S High St<br>Denver, CO  80209-4551 | 0.346000 | Limited Partner |
| **Stevens Living Trust dtd 1/27/2011**<br>3306 SW Cherry Ct<br>Ankeny, IA  50023-3072 | 0.346000 | Limited Partner |
| **Stuart M. Horne**<br>715 Anderson Ranch Ct<br>Alamo, CA  94507-1262 | 0.346000 | Limited Partner |
| **The D&E Macy Family Revocable Trust**<br>26711 Alamanda<br>Mission Viejo, CA  92691-5740 | 1.040000 | Limited Partner |
| **The Hammer Family Trust**<br>904 E Spring St<br>Des Moines, IA  50315-4756 | 0.693000 | Limited Partner |
| **The John B. & Rose Marie Staebell Trust**<br>15523 Oakwood Dr<br>Urbandale, IA  50323-1912 | 0.346000 | Limited Partner |
| **The Li Family Trust**<br>19884 Charters Ave<br>Saratoga, CA  95070-4410 | 6.935000 | Limited Partner |
| **The Louis W. Meyer Revocable Living Trus**<br>14601 Sherbrook Pl # 106<br>Fort Myers, FL  33912-7080 | 0.832000 | Limited Partner |
| **The Randall D. Stoecker Trust**<br>5201 Newstead Manor Ln<br>Raleigh, NC  27606-9507 | 0.693000 | Limited Partner |
| **The Sauers Revocable Trust**<br>2 Taiga<br>Coto de Caza, CA  92679-5206 | 1.387000 | Limited Partner |
| **Thomas F. & Jennifer L. White**<br>30179 500th St<br>Russell, IA  50238-7635 | 0.346000 | Limited Partner |
| **Thomas J Walsh Revocable Trust**<br>5066 S 174th St<br>Omaha, NE  68135-4306 | 0.624000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Todd M. Wragge**<br>303 17th Ave NE<br>Hampton, IA  50441-1147 | 0.346000 | Limited Partner |
| **Walter Mendenhall III, Revocable Trust**<br>4307 Lake Shore Dr<br>Okoboji, IA  51355-2589 | 0.693000 | Limited Partner |
| **Wayne & JoAnn Fowler Rev Trust dtd 3/2/0**<br>5512 Boulder Dr<br>West Des Moines, IA  50266-7261 | 0.693000 | Limited Partner |
| **Wendal G. Speake**<br>906 1st Ave SE<br>Hampton, IA  50441-2217 | 0.346000 | Limited Partner |
| **Wheeler Family Revocable Trust**<br>7902 Lakeshore Dr<br>Granite Bay, CA  95746-6968 | 0.745000 | Limited Partner |
| **Will & Dixie Hoekman**<br>2880 Grand Ave # 402<br>Des Moines, IA  50312-4274 | 0.346000 | Limited Partner |
| **William & Lynn Frank Trust**<br>10183 NW 74th Ave<br>Grimes, IA  50111-8750 | 0.346000 | Limited Partner |
| **William Charles Denk & Margaret Goodell**<br>320 Steeple Point Dr<br>Roswell, GA  30076-5522 | 0.346000 | Limited Partner |