**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:  Case No. **16-31905**

**Aztec XI-B Oil & Gas LP**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Aaron & JoAnn Sloman**<br>309 Canal St<br>Newport Beach, CA  92663-1801 | 0.706000 | Limited Partner |
| **Alan & Julie Shaffer**<br>300 S Park St<br>Creston, IA  50801-2829 | 0.353000 | Limited Partner |
| **Albert J. Tyroler**<br>71 Barker Dr<br>Stony Brook, NY  11790-2530 | 0.783000 | Limited Partner |
| **Alexander & Michael Gilman**<br>34466 Bentley Pl<br>Fremont, CA  94555-2303 | 0.176000 | Limited Partner |
| **Anchan Family Revocable Trust**<br>3312 Corinna Dr<br>Rancho Palos Verdes, CA  90275-6212 | 0.353000 | Limited Partner |
| **Anna-Lisa Gotschlich Rev. Trust**<br>101 Barry Rd Unit 24D<br>Worcester, MA  01609-1288 | 0.353000 | Limited Partner |
| **Anthony J. Grasso, Jr.**<br>7326 Dartmoor Xing<br>Fayetteville, NY  13066-2478 | 0.176000 | Limited Partner |
| **Aziz George Munayirji**<br>1724 S Riverchase Way<br>Eagle, ID  83616-6346 | 0.176000 | Limited Partner |
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Barry & Leslee Hager**<br>5769 N 1900th Ave<br>Coal Valley, IL  61240-9183 | 0.176000 | Limited Partner |
| **Beth Simpson**<br>423 N 7th Ave<br>Iowa City, IA  52245-6006 | 0.353000 | Limited Partner |
| **Brad Vaughn**<br>7096 Whitewater St<br>Carlsbad, CA  92011-5434 | 0.176000 | Limited Partner |
| **Brian C. Mitchell**<br>3145 Cumberland Hills Cir NW<br>Cleveland, TN  37312-2462 | 0.706000 | Limited Partner |
| **Brian E. Baker**<br>1479 Taylor Corners Cir<br>Blacklick, OH  43004-9770 | 0.176000 | Limited Partner |
| **Brian Edward Morgan**<br>5960 Wigwam Way<br>Flowery Branch, GA  30542-3159 | 0.706000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name and Address | Percentage | Role |
|---|---|---|
| **Brian Gugat**<br>8505 Prairie Ridge Dr<br>Johnston, IA  50131-5100 | 0.353000 | Limited Partner |
| **Brian Rencher**<br>710 Morning Sun Dr<br>Twin Falls, ID  83301-8963 | 0.176000 | Limited Partner |
| **Bruce L. & Julia Olson**<br>1302 Nerine Cir<br>Dunwoody, GA  30338-4814 | 0.176000 | Limited Partner |
| **Bryan Muthig Trust dtd 11/11/2011**<br>116 N 4th Ave<br>Ann Arbor, MI  48104-1402 | 0.353000 | Limited Partner |
| **Buckingham Interests, LP**<br>404 Hurst Creek Rd<br>Lakeway, TX  78734-3463 | 0.176000 | Limited Partner |
| **Carlson Revocable Trust**<br>15801 Oleander Dr<br>Charlotte, NC  28278-7962 | 0.176000 | Limited Partner |
| **Carol Chua-Vigue**<br>760 Huntington Cir<br>Pasadena, CA  91106-4510 | 0.353000 | Limited Partner |
| **Catherine D. Stephenson**<br>221 Redwood Dr<br>Coppell, TX  75019-5413 | 0.423000 | Limited Partner |
| **Catherine Palmer**<br>4713 N Wildrye Dr<br>Boise, ID  83703-3815 | 0.282000 | Limited Partner |
| **Charles P. & Elizabeth A. Childs**<br>14211 Verde Mar Ln<br>Houston, TX  77095-3467 | 0.212000 | Limited Partner |
| **Chirag N Amin Living Trust**<br>3166 Shandwick Cir<br>Corona, CA  92882-7583 | 0.353000 | Limited Partner |
| **Christopher & Debora Frank**<br>12322 Sunflower Dr<br>Urbandale, IA  50323-2372 | 0.176000 | Limited Partner |
| **Christopher E. & Lauren E. Cragg**<br>10906 Britoak Ln<br>Houston, TX  77079-3611 | 0.706000 | Limited Partner |
| **Christopher Shawn West & Erin L. West**<br>345 N Roscoe Blvd<br>Ponte Vedra Beach, FL  32082-2145 | 0.176000 | Limited Partner |
| **Clara M. Scott**<br>18615 Forest Bend Creek Way<br>Spring, TX  77379-5506 | 0.353000 | Limited Partner |
| **Corey G. Solman, Jr.**<br>18533 Wild Horse Creek Rd<br>Chesterfield, MO  63005-4009 | 0.176000 | Limited Partner |
| **D&M Seehusen Trust**<br>231 N 9th Ave<br>Sheldon, IA  51201-1214 | 0.176000 | Limited Partner |
| **Daniel B. Russell**<br>2073 Ramblewood Ct<br>Castle Rock, CO  80104-7548 | 0.353000 | Limited Partner |
| **Danny Justice**<br>PO Box 219<br>Fedscreek, KY  41524-0219 | 0.176000 | Limited Partner |
| **Dario Salas Equities, Inc.**<br>PO Box 8556<br>New York, NY  10150-8556 | 0.381000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Type |
|---|---|---|
| **Darlene Kool**<br>1104 Main St<br>Pella, IA  50219-1222 | 0.212000 | Limited Partner |
| **Darrell & Mary Williams**<br>10210 E Broadway Rd<br>Mesa, AZ  85208-4410 | 0.353000 | Limited Partner |
| **Darryl Bader TTEE Matthew Alan Tholl Tru**<br>621 Preakness Ct<br>Reno, NV  89521-8347 | 0.236000 | Limited Partner |
| **David & Kelley DeRiemer**<br>4803 Lorraine Dr<br>San Diego, CA  92115-1916 | 0.353000 | Limited Partner |
| **David C. Smith Living Trust**<br>1 Toulon<br>Laguna Niguel, CA  92677-5429 | 0.353000 | Limited Partner |
| **David Cantrell**<br>6307 Gladehill Dr<br>Humble, TX  77345-2502 | 0.353000 | Limited Partner |
| **David W. Hille**<br>8351 San Fernando Way<br>Dallas, TX  75218-4302 | 0.529000 | Limited Partner |
| **DB2 Investments, Ltd.**<br>Fluent Financial<br>14800 Landmark Blvd Ste 848<br>Dallas, TX  75254-7085 | 0.212000 | Limited Partner |
| **Dean & Jodi Stein**<br>6525 N 37th St<br>Phoenix, AZ  85018-1009 | 0.353000 | Limited Partner |
| **Dean A. Schantz**<br>2225 230th Ln<br>Winterset, IA  50273-8372 | 0.353000 | Limited Partner |
| **Demetric & Aungel Evans**<br>2257 Wakefield Ln<br>Allen, TX  75013-5860 | 0.176000 | Limited Partner |
| **Dennis E. Nielson**<br>2804 S Goshen Way<br>Boise, ID  83709-8570 | 0.706000 | Limited Partner |
| **Diane Jansson**<br>8000 S Jasmine Cir<br>Centennial, CO  80112-6608 | 0.176000 | Limited Partner |
| **Donald & Jody Berglund**<br>16558 Hutchison Rd<br>Odessa, FL  33556-2323 | 0.176000 | Limited Partner |
| **Edgar W. & Joyce D. Keith**<br>317 N Harlan St<br>Algona, IA  50511-2411 | 0.176000 | Limited Partner |
| **Edwin B. King**<br>7310 Seawall Blvd Apt 807<br>Galveston, TX  77551-1924 | 1.059000 | Limited Partner |
| **Elizabeth Avellan**<br>PO Box 608<br>Spicewood, TX  78669-0608 | 0.353000 | Limited Partner |
| **Elizabeth Sublett**<br>2541 Via Rivera , Palos Verdes, CA-90274 | 0.212000 | Limited Partner |
| **Ellsworth R. & Patricia A. Stewart**<br>131 Rainbow Dr Ste 3133<br>Livingston, TX  77399-1031 | 0.176000 | Limited Partner |
| **Family Trust, c/u Brabb Rev Trust**<br>4377 Newland Heights Dr<br>Rocklin, CA  95765-5067 | 0.706000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Percentage | Role |
|---|---|---|
| Financial Growth Company, LLC<br>4825 Gaynor Ave<br>Encino, CA  91436-1430 | 0.176000 | Limited Partner |
| First Trust Company of Onaga FBO Mark Jo<br>80 Mill St<br>Roswell, GA  30075-4975 | 0.353000 | Limited Partner |
| George Kartalian Revocable Trust<br>2354 Alexander Palm Dr<br>Naples, FL  34105-3038 | 0.212000 | Limited Partner |
| Glanzer Asset Management 2 LLC<br>928 Kippes Cv<br>Mitchell, SD  57301-5062 | 0.176000 | Limited Partner |
| Greg D. & Nicole Osmundson<br>3104 W Spruceleigh Ln<br>Sioux Falls, SD  57105-0137 | 0.247000 | Limited Partner |
| Gregory & Terri Martin<br>105 Cypress Pt<br>Saint Simons Island, GA  31522-2449 | 0.706000 | Limited Partner |
| Gregory T. Hammond<br>5133 Villa Pike<br>Cross Lanes, WV  25313-1153 | 0.706000 | Limited Partner |
| Guy Shani<br>1458 Ben Roe Dr<br>Los Altos, CA  94024-6107 | 0.212000 | Limited Partner |
| Harlan P. Schmitt<br>2463 Woodland Dr<br>Ogden, UT  84403-5119 | 0.353000 | Limited Partner |
| Harold R. Payne<br>38 Cedar Dr<br>Hurricane, WV  25526-9220 | 0.176000 | Limited Partner |
| Heather L. George<br>2721 Poipu Rd Apt 202<br>Koloa, HI  96756-9584 | 0.176000 | Limited Partner |
| Heidi Yvonne Walker & Jerry H. Walker<br>467 Creek Rd<br>Soda Springs, ID  83276-5502 | 0.706000 | Limited Partner |
| Hoops Family Trust<br>12928 Biscayne Cv<br>Del Mar, CA  92014-3817 | 0.706000 | Limited Partner |
| Howard M. Kaplan<br>2226 Winnebago Trl<br>Fern Park, FL  32730-3010 | 0.191000 | Limited Partner |
| Iris Campbell TTEE of the Iris June Camp<br>4140 Whiskey Flat Rd<br>Reno, NV  89521-7027 | 0.236000 | Limited Partner |
| Jack H. Hammond<br>12 Briarwood Ter<br>Fairmont, WV  26554-1208 | 0.176000 | Limited Partner |
| Jamal Haddad<br>2240 E Bethel Church Rd<br>Gallipolis, OH  45631-8660 | 0.176000 | Limited Partner |
| James & Brenda Lugannani<br>5309 Brouette Ct<br>Plano, TX  75023-5737 | 0.353000 | Limited Partner |
| James J. Santoro<br>904 E 2nd Ave SW<br>Rome, GA  30161-3302 | 0.706000 | Limited Partner |
| James L. Moller<br>24100 140th St<br>Spirit Lake, IA  51360-7045 | 0.353000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Role |
|---|---|---|
| James Snow<br>3323 Fosca St<br>Carlsbad, CA  92009-7835 | 0.176000 | Limited Partner |
| James W. Anderson, III Revocable Trust<br>PO Box 888<br>Hermitage, TN  37076-0888 | 1.059000 | Limited Partner |
| James Yee Trust, Co Trustees<br>4409 Rutgers Ave<br>Long Beach, CA  90808-1428 | 0.529000 | Limited Partner |
| Janet A. King<br>7310 Seawall Blvd Apt 807<br>Galveston, TX  77551-1924 | 0.353000 | Limited Partner |
| Janice K. Danbom Trust<br>608 Lake Dora Dr<br>Tavares, FL  32778-3313 | 0.882000 | Limited Partner |
| Jay Harvey & Jeanene Smith<br>#<br>2 Pleasant Cv<br>Austin, TX  78746-5654 | 0.353000 | Limited Partner |
| Jeff Csuy & Laurel Csuy<br>1494 Parkway Dr<br>Green Bay, WI  54304-1975 | 0.176000 | Limited Partner |
| Jim & Tammy Scott Trust<br>4501 99th St<br>Urbandale, IA  50322-1392 | 0.176000 | Limited Partner |
| Jim R. Wade<br>4925 S Chinook Ave<br>Boise, ID  83709-6117 | 0.176000 | Limited Partner |
| Joanne Kay Andersen<br>1311 3rd St NE<br>Watertown, SD  57201-1247 | 0.176000 | Limited Partner |
| Joe & Rosanna Werry<br>2105 White Ln<br>Haslet, TX  76052-4608 | 0.176000 | Limited Partner |
| John & Julia Montesi, ttees Montesi Livi<br>1842 Anne Ct<br>San Jose, CA  95124-6134 | 0.353000 | Limited Partner |
| John & Phyllis Slavens Rev. Trust<br>3627 Sleepy Hollow Dr<br>New Castle, IN  47362-1149 | 0.176000 | Limited Partner |
| John M. Turner & John Varner<br>657 Riverbend Rd<br>Blairsville, GA  30512-5864 | 0.176000 | Limited Partner |
| Jose Antonio & Sandra Lee Ortega<br>10323 SW 142nd St<br>Miami, FL  33176-7042 | 0.176000 | Limited Partner |
| Jose Arosemena & Kerrie Chobot<br>124 Erie Dr<br>Naples, FL  34110-1302 | 0.176000 | Limited Partner |
| Judith F. Leventhal Trust dtd 5/8/1998<br>6923 Langley Pl<br>University Park, FL  34201-2265 | 0.176000 | Limited Partner |
| Karen J. Woodbeck<br>5031 Pine Tree Ter<br>Campbell, CA  95008-5701 | 0.176000 | Limited Partner |
| Keith A. Happy & Janet T. Happy<br>5369 Milan Oakville Rd<br>Milan, MI  48160-9000 | 0.282000 | Limited Partner |
| Keith M. & Cynthia S. Markbreiter<br>1020 Creek Xing<br>Coppell, TX  75019-6377 | 0.176000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name & Address | Percentage | Role |
|---|---|---|
| **Kevin & Monica McMahon**<br>106 W Alton Ave<br>Flandreau, SD  57028-2026 | 0.176000 | Limited Partner |
| **Kevin R. & Diane D. O'Keefe**<br>8 Encampment Pl<br>Ridgefield, CT  06877-1122 | 0.176000 | Limited Partner |
| **Kevin R. Herrig**<br>3760 Sixes Rd # 126<br>Canton, GA  30114-8195 | 0.353000 | Limited Partner |
| **L & L Holdings, LLC**<br>1098 S 2400 W<br>Aberdeen, ID  83210-1512 | 0.353000 | Limited Partner |
| **Langer Living Trust Dtd 4.19.10**<br>4105 Belair Dr<br>Urbandale, IA  50323-2379 | 0.176000 | Limited Partner |
| **Larry & Vicki Thompson**<br>920 Kippes Cv<br>Mitchell, SD  57301-5062 | 0.282000 | Limited Partner |
| **Larry A. & Joyce L. DeYoung**<br>54 N Waterloo Rd<br>Devon, PA  19333-1458 | 0.176000 | Limited Partner |
| **Larry Lankford**<br>1098 S 2400 W<br>Aberdeen, ID  83210-1512 | 0.353000 | Limited Partner |
| **Laura Larsen**<br>1015 W Lantana Cir<br>Sioux Falls, SD  57108-2848 | 1.059000 | Limited Partner |
| **LaVerne D. & Dorothy Schneider Rev. Trus**<br>4719 95th St<br>Urbandale, IA  50322-6213 | 0.176000 | Limited Partner |
| **Linton B. Ward & Michele S.  Ward**<br>17212 Chadwood Ct<br>Austin, TX  78717-2950 | 0.176000 | Limited Partner |
| **Louis & Joann Gibson Family Trust**<br>210 Trail of the Flowers<br>Georgetown, TX  78633-4838 | 0.353000 | Limited Partner |
| **Louis P.& Elaine J. Bredesky Revocable T**<br>6075 NE 10th St<br>Des Moines, IA  50313-1501 | 0.176000 | Limited Partner |
| **Margaret H Stockbauer Liv Trust UA DTD 3**<br>7186 Alta Vis<br>La Verne, CA  91750-1156 | 0.353000 | Limited Partner |
| **Margo Majdi**<br>1613 S Garth Ave<br>Los Angeles, CA  90035-3605 | 0.176000 | Limited Partner |
| **Mark E. Bruns**<br>3917 Rockwood Farm Rd<br>Newtown Square, PA  19073-3250 | 0.353000 | Limited Partner |
| **Mark O. Carlson**<br>1214 46th St<br>Sioux City, IA  51104-1402 | 0.282000 | Limited Partner |
| **Mark Obenstine**<br>4155 Green Meadow Ct<br>Encino, CA  91316-4422 | 1.588000 | Limited Partner |
| **Martin & Joanne Swenson**<br>320 Fennel Dun Cir<br>Biltmore Lake, NC  28715-4512 | 0.176000 | Limited Partner |
| **Martin & Regina Gausvik**<br>680 Heards Ferry Rd<br>Atlanta, GA  30328-4723 | 0.353000 | Limited Partner |

| Name & Address | Percent | Role |
|---|---|---|
| **Marv & Cecilia Gerstandt**<br>5017 Starling Ave<br>Paullina, IA  51046-7476 | 0.247000 | Limited Partner |
| **Mary Gail Nesbit**<br>2235 Walton Way<br>Augusta, GA  30904-4301 | 0.706000 | Limited Partner |
| **Mary V. Tholl**<br>3983 S McCarran Blvd # 422<br>Reno, NV  89502-7510 | 0.235000 | Limited Partner |
| **Matthew & Julie Hedman**<br>740 W Bluff Dr<br>Encinitas, CA  92024-5837 | 0.706000 | Limited Partner |
| **Matthew Witte**<br>5708 S Prairie View Ct<br>Sioux Falls, SD  57108-2000 | 0.529000 | Limited Partner |
| **Michael & Julie Davenport**<br>470 Eastgate Ln<br>Santa Barbara, CA  93108-2248 | 0.176000 | Limited Partner |
| **Michael J. Brase Trust**<br>950 Dogwood Cir E<br>Palm Springs, CA  92264-0269 | 1.059000 | Limited Partner |
| **Michael R. Scheuermann**<br>9 Valley Pond Rd<br>Katonah, NY  10536-3142 | 0.176000 | Limited Partner |
| **Michael Reed Clark**<br>907 W Bacall St<br>Meridian, ID  83646-6385 | 0.353000 | Limited Partner |
| **Miguel Beckles**<br>315 Creekside Ct<br>Roswell, GA  30076-2509 | 0.353000 | Limited Partner |
| **Ming Xia Wang**<br>888 Magnolia Ln<br>Arcadia, CA  91006-4468 | 0.176000 | Limited Partner |
| **Nicholas & Sandra Aalbers Revocable Trus**<br>3201 Skyline Dr<br>Des Moines, IA  50310-5041 | 0.191000 | Limited Partner |
| **Nicholas Living Trust**<br>1122 S 12th Ave W<br>Newton, IA  50208-5213 | 0.176000 | Limited Partner |
| **Norman E. Andrews**<br>1207 Edenham Ln<br>Cumming, GA  30041-7087 | 0.176000 | Limited Partner |
| **Olivencia Family Trust**<br>511 S 28th St<br>West Des Moines, IA  50265-5515 | 0.176000 | Limited Partner |
| **Oliver Family Trust**<br>12 Lyon Rdg<br>Aliso Viejo, CA  92656-5279 | 0.706000 | Limited Partner |
| **Pam Schlatter**<br>1155 S Clarion St<br>Philadelphia, PA  19147-4411 | 0.212000 | Limited Partner |
| **Patricia A. Magnant Revocable Trust**<br>413 Snow Dr<br>Fort Myers, FL  33919-3139 | 0.706000 | Limited Partner |
| **Patrick Kwok-Yeung Ng & May Chiu Ng**<br>4392 Sunset View Dr<br>Dublin, CA  94568-6708 | 0.176000 | Limited Partner |
| **Paul A. & Cheryl Simonoff**<br>2355 Kimbrough Ct<br>Atlanta, GA  30350-5635 | 0.353000 | Limited Partner |

| Name / Address | Percentage | Role |
|---|---|---|
| Paul A. Roggow Rev. Trust<br>76912 Petersburg Rd<br>Jackson, MN  56143-3281 | 0.176000 | Limited Partner |
| Paul M. Thaxton<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.353000 | Limited Partner |
| Paula G. Switzer<br>4217 88th Pl<br>Lubbock, TX  79423-2909 | 0.353000 | Limited Partner |
| Philip & Janet Myer Revocable Trust<br>110 East St<br>Manning, IA  51455-1216 | 0.353000 | Limited Partner |
| Pierson Family Trust<br>9612 W Tierra Grande<br>Peoria, AZ  85383-1289 | 0.176000 | Limited Partner |
| Publicover Family Trust<br>18505 Marshall Ln<br>Saratoga, CA  95070-5647 | 0.353000 | Limited Partner |
| R. Scott & Janet L. Elder<br>4300 W 126th St<br>Leawood, KS  66209-2200 | 0.318000 | Limited Partner |
| Ramesh Perera<br>8302 S Sepulveda Blvd<br>Los Angeles, CA  90045-2950 | 0.353000 | Limited Partner |
| Randal W. or Lisa R. Bunger<br>2064 250th St<br>Humboldt, IA  50548-8767 | 0.529000 | Limited Partner |
| Randolph R. Rough Revocable Trust<br>1400 Casady Dr<br>Des Moines, IA  50315-1824 | 0.353000 | Limited Partner |
| Revocable Trust of John D. Lagemann<br>27333 W 108th St<br>Olathe, KS  66061-7575 | 0.176000 | Limited Partner |
| Richard A. Griffin & Ann D. Griffin<br>571 S Carolina Park<br>Conroe, TX  77302-3027 | 0.353000 | Limited Partner |
| Robert & Mary Saunders<br>8517 University Dr S<br>Fargo, ND  58104-8019 | 0.176000 | Limited Partner |
| Robert S. & Marilyn F. Warner<br>5400 Coburn Cres<br>Norfolk, VA  23509-1409 | 0.176000 | Limited Partner |
| Robin C. Davis<br>5310 Timber Trl<br>Atlanta, GA  30342-2012 | 0.176000 | Limited Partner |
| Roger & Kari D. Olsen<br>172 Vistas Dr<br>Sequim, WA  98382-9339 | 0.353000 | Limited Partner |
| Ronald & Laurie Milligan<br>312 Ralston Rd<br>Richmond, VA  23229-7437 | 0.176000 | Limited Partner |
| Ronald L. Niemann<br>18044 466th Ave<br>Clear Lake, SD  57226-5307 | 0.176000 | Limited Partner |
| Russell & Barbara Horn<br>14980 Lansing St<br>Redfield, IA  50233-8084 | 0.176000 | Limited Partner |
| Ryan & Sarah S. Smith<br>1401 S Lakeview Dr<br>Clear Lake, IA  50428-2726 | 0.176000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name & Address | Percentage | Role |
|---|---|---|
| Ryan M. & Lori J. Holthaus<br>2300 Country Club Dr<br>Mason City, IA  50401-7344 | 0.176000 | Limited Partner |
| Sachin J. Shah<br>15 Canterbury Dr<br>Greenwich, CT  06831-4901 | 0.176000 | Limited Partner |
| Scott D. Reisenweaver & Sherelyn D. Hamm<br>13904 Ladybank Ct<br>Midlothian, VA  23113-6487 | 0.176000 | Limited Partner |
| Shammah Enterprises, Inc.<br>5300 Bayside Ridge Dr<br>Galena, OH  43021-8547 | 0.353000 | Limited Partner |
| Sharon R. Korbie<br>6271 Cunningham Lake Rd<br>Brighton, MI  48116-5134 | 0.353000 | Limited Partner |
| Smidt Living Trust dtd 08/25/2011<br>31755 Oakwood Ln<br>Waukee, IA  50263-7517 | 0.176000 | Limited Partner |
| Stephanie A. & Walter M. Grimm<br>Stephanie A. & Walter M. Grimm | 0.212000 | Limited Partner |
| Steve & Rebecca Lockhart<br>470 Zeigler Dr<br>Pikeville, KY  41501-3134 | 0.176000 | Limited Partner |
| Steve Krantz & Janet Cohn<br>8 Maple Ave<br>Troy, NY  12180-7133 | 0.176000 | Limited Partner |
| Steven C. & Kathleen A. Pintar<br>2925 Tepeyac Hill Dr<br>Ann Arbor, MI  48105-9388 | 0.776000 | Limited Partner |
| Steven Perry<br>978 S High St<br>Denver, CO  80209-4551 | 0.176000 | Limited Partner |
| Steven R. & Wanda J. Dupree<br>67 Shadow Creek Ridge Dr<br>Spring, TX  77389-4280 | 0.353000 | Limited Partner |
| Stevens Living Trust dtd 1/27/2011<br>3306 SW Cherry Ct<br>Ankeny, IA  50023-3072 | 0.176000 | Limited Partner |
| Susan M. Johnson Rev. Living Trust<br>2809 Bent Tree Dr<br>Dexter, MI  48130-9403 | 0.176000 | Limited Partner |
| T & L Ventures, LLC<br>PO Box 24<br>Port Lavaca, TX  77979-0024 | 3.529000 | Limited Partner |
| Terri A. Thaxton<br>591 Bay Hl<br>Augusta, GA  30907-7903 | 0.529000 | Limited Partner |
| Terry L. Oltrogge<br>3 Hartura Pl<br>Hot Springs Village, AR  71909-7144 | 0.176000 | Limited Partner |
| The Bahnsen Living Trust<br>25048 182nd St<br>Spirit Lake, IA  51360-7336 | 0.212000 | Limited Partner |
| The Carlton & June Whetsel Revocable Liv<br>712 Dora Ave<br>Watertown, SD  57201-5411 | 0.706000 | Limited Partner |
| The Daniel Beringhause Living Trust<br>18755 W Bernardo Dr # 1327<br>San Diego, CA  92127-3026 | 0.494000 | Limited Partner |
| The Ganal Family Living Trust<br>15401 Francis Oaks Way<br>Los Gatos, CA  95032-4909 | 0.423000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Percentage | Type |
|---|---|---|
| **The Greener Living Trust**<br>1218 Crescent Ter<br>Sunnyvale, CA  94087-2803 | 0.176000 | Limited Partner |
| **The James Chen Trust dtd 3/7/96**<br>757 E Homestead Rd<br>Sunnyvale, CA  94087-4814 | 0.176000 | Limited Partner |
| **The Kutcher Family Trust dtd 8/23/01**<br>1825 E Harding St<br>Long Beach, CA  90805-3627 | 0.353000 | Limited Partner |
| **The Michael & Kathleen Ybarrondo Family**<br>1614 Corte de las Piedras<br>El Cajon, CA  92019-2857 | 0.353000 | Limited Partner |
| **The Miller Family Trust dtd 10/5/01**<br>14210 Cypress Falls Dr<br>Cypress, TX  77429-1993 | 0.353000 | Limited Partner |
| **The Patricia J. Krause Living Trust**<br>1030 Greenhills Dr<br>Ann Arbor, MI  48105-2722 | 0.353000 | Limited Partner |
| **The Randall D. Stoecker Trust**<br>5201 Newstead Manor Ln<br>Raleigh, NC  27606-9507 | 0.176000 | Limited Partner |
| **The Rosemary Perera Living Trust**<br>7900 Yorktown Ave<br>Los Angeles, CA  90045-3056 | 0.353000 | Limited Partner |
| **The Serpa Living Trust dtd 6/23/98**<br>6091 Pietz Ct<br>San Jose, CA  95123-4534 | 0.600000 | Limited Partner |
| **The Steffen Family Trust**<br>1640 Malden St<br>San Diego, CA  92109-2204 | 0.176000 | Limited Partner |
| **Thomas W. Clary**<br>632 Dam Rd<br>Arnolds Park, IA  51331-7515 | 0.353000 | Limited Partner |
| **Timothy & Laurie Oleyourryk**<br>91 State Route 104A<br>Oswego, NY  13126-5648 | 0.353000 | Limited Partner |
| **Timothy M. & Marietta L. Campoy**<br>143 Cecil Hills Dr<br>Pikeville, KY  41501-1436 | 0.176000 | Limited Partner |
| **Todd & Ann Bissell**<br>1203 W 5th St<br>North Platte, NE  69101-3730 | 0.282000 | Limited Partner |
| **Tommy G. Thompson**<br>1313 Manassas Trl<br>Madison, WI  53718-8243 | 0.529000 | Limited Partner |
| **Torah Bright**<br>1936 N 1500 W<br>Provo, UT  84604-1144 | 0.353000 | Limited Partner |
| **Trust Agreement of Donnis L. Bergman**<br>3406 Curacao Ct<br>Punta Gorda, FL  33950-8141 | 0.282000 | Limited Partner |
| **W & M Cozad Family Trust**<br>10401 W Charleston Blvd # V6<br>Las Vegas, NV  89135-8706 | 0.353000 | Limited Partner |
| **W. Vaughn & Karlyn Johnson**<br>26023 Charing Cross Rd<br>Valencia, CA  91355-2029 | 0.176000 | Limited Partner |
| **Walter Mendenhall III, Revocable Trust**<br>Walter Mendenhall III, Revocable Trust | 0.176000 | Limited Partner |
| **Wendal G. Speake**<br>906 1st Ave SE<br>Hampton, IA  50441-2217 | 0.176000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Wendell & Emma Lou Bachmann Rev. Trust**<br>**766 34th Pl**<br>**West Des Moines, IA  50265-3126** | **0.423000** | **Limited Partner** |
| **Wickemeyer Trust**<br>**3112 Jordan Grv**<br>**West Des Moines, IA  50265-6456** | **0.176000** | **Limited Partner** |
| **Will & Dixie Hoekman**<br>**2880 Grand Ave # 402**<br>**Des Moines, IA  50312-4274** | **0.176000** | **Limited Partner** |
| **William A. Kendall**<br>**PO Box 2648**<br>**Pikeville, KY  41502-2648** | **0.176000** | **Limited Partner** |
| **William Cucculelli**<br>**46 Liberty Ridge Ave**<br>**Powell, OH  43065-7928** | **0.212000** | **Limited Partner** |
| **William K. Pagel**<br>**2424 6th Ave E**<br>**Hibbing, MN  55746-2117** | **0.176000** | **Limited Partner** |
| **William P. & Mary Ann Fallon**<br>**3441 Talbot St**<br>**San Diego, CA  92106-2945** | **0.176000** | **Limited Partner** |
| **YKA Partners, Ltd.**<br>**C/O Kinder & Company, Inc.**<br>**3200 Airport Ave Ste 16**<br>**Santa Monica, CA  90405-6116** | **0.706000** | **Limited Partner** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)