**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

**IN RE:**            Case No. **16-31907**

**Aztec XI-C Oil & Gas LP**      Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Anita M. Chen**<br>800 N 8th St Unit 120<br>San Jose, CA  95112-5063 | 1.565000 | Limited Partner |
| **ATA Trust**<br>1901 S Floyd Ct<br>La Habra, CA  90631-2062 | 2.609000 | Limited Partner |
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Brad A. Meyer & Jodi L. Meyer**<br>9153 NW 73rd St<br>Johnston, IA  50131-1994 | 0.652000 | Limited Partner |
| **Brian & Theresa Irlbeck**<br>913 Nishnabotna Dr<br>Manning, IA  51455-1612 | 0.652000 | Limited Partner |
| **Britt & Jodi Sternquist**<br>13199 Nevan Trl<br>Indianola, IA  50125-9516 | 0.652000 | Limited Partner |
| **Bruce & Debra Hayes**<br>785 Fox Ridge Rd<br>Dike, IA  50624-9632 | 0.652000 | Limited Partner |
| **Channon L. Ollre & Kalynn P. Ollre**<br>13218 Orchard Harvest Dr<br>Richmond, TX  77407-3217 | 0.782000 | Limited Partner |
| **Christopher C. Erickson**<br>1413 N Lalley Ln<br>Sioux Falls, SD  57107-1065 | 1.043000 | Limited Partner |
| **Clark D. Davis & Rosa M. Davis**<br>17280 389th Ave<br>Redfield, SD  57469-6712 | 1.304000 | Limited Partner |
| **D&M Seehusen Trust**<br>231 N 9th Ave<br>Sheldon, IA  51201-1214 | 0.652000 | Limited Partner |
| **Daniel & Stephanie Vater**<br>1434 Laurel Dr<br>Sewickley, PA  15143-8599 | 1.304000 | Limited Partner |
| **David B. Foley**<br>4604 E Palomino Rd<br>Phoenix, AZ  85018-1720 | 1.304000 | Limited Partner |
| **Edward S. Roth & LaVon A. Roth Revocable**<br>620 E 17th St N<br>Newton, IA  50208-2429 | 0.782000 | Limited Partner |
| **Elizabeth A. Foley**<br>4604 E Palomino Rd<br>Phoenix, AZ  85018-1720 | 1.304000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Type |
|---|---|---|
| **Eric A. Smith & Anna R. Nelson-Smith**<br>312 Mill Branch Rd<br>Tallahassee, FL  32312-1506 | 1.304000 | Limited Partner |
| **Frederick R. Merritt & Patricia Merritt**<br>5427 Trentham Dr<br>Dunwoody, GA  30338-3052 | 1.304000 | Limited Partner |
| **Geoffrey M. Kieffer & Jane E. Kieffer**<br>9411 Mount Vernon Cir<br>Alexandria, VA  22309-3221 | 1.304000 | Limited Partner |
| **George I. Okang**<br>11809 Chapel Woods Ct<br>Clarksville, MD  21029-1117 | 0.913000 | Limited Partner |
| **Gilbert Scott Thompson**<br>2101 Sharon Ln Apt A<br>Austin, TX  78703-3035 | 0.652000 | Limited Partner |
| **Ginger C. Smith**<br>500 Woodlake Dr<br>Coppell, TX  75019-2840 | 0.913000 | Limited Partner |
| **Glatzmaier Living Trust**<br>25441 Rice Rd<br>Sweet Home, OR  97386-9620 | 3.913000 | Limited Partner |
| **H. Wayne Pace**<br>PO Box 833<br>Dana, NC  28724-0833 | 2.609000 | Limited Partner |
| **J & M Sleper Trust**<br>3407 210th Ave<br>Titonka, IA  50480-7023 | 0.652000 | Limited Partner |
| **Janet G. Williamson Trust dtd 12/01/10**<br>126 Avenida Majorca Unit D<br>Laguna Woods, CA  92637-4102 | 1.956000 | Limited Partner |
| **Jasons Investments, LLP**<br>5395 W Village Dr<br>Glendale, AZ  85308-5334 | 1.304000 | Limited Partner |
| **Jean E. Johnston Revocable Trust**<br>323 Bellingrath Ter<br>Deland, FL  32724-7319 | 0.652000 | Limited Partner |
| **Jerome W. & Robin C. Miller**<br>46989 273rd St<br>Tea, SD  57064-8106 | 0.652000 | Limited Partner |
| **Johann Artigas**<br>244 Calming Water Trl<br>Dallas, GA  30132-1160 | 2.087000 | Limited Partner |
| **John & Julia Montesi, ttees Montesi Livi**<br>1842 Anne Ct<br>San Jose, CA  95124-6134 | 1.304000 | Limited Partner |
| **John Engelhardt & Jane Engelhardt**<br>1780 SE Olson Dr<br>Waukee, IA  50263-8156 | 0.652000 | Limited Partner |
| **John V. & Michelle F. Kay Family Trust**<br>24002 Broadhorn Dr<br>Laguna Niguel, CA  92677-4255 | 2.609000 | Limited Partner |
| **Jon B. Gustafson & Kelli K. Gustafson**<br>26306 Cresent Cove Ln<br>Katy, TX  77494-8503 | 1.304000 | Limited Partner |
| **Kerwin & Debra Roper**<br>10418 Hondo Hill Rd<br>Houston, TX  77064-7104 | 1.304000 | Limited Partner |
| **Kyle D. Pruett & Marsha Kline Pruett**<br>40 Trumbull Rd<br>Northampton, MA  01060-3023 | 0.652000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name & Address | Units | Type |
|---|---|---|
| **Leif & April Widmayer Family Trust**<br>1671 La Colina Dr<br>Santa Ana, CA  92705-3368 | 1.304000 | Limited Partner |
| **Lucas P. Beeler**<br>2726 SE 11th St<br>West Des Moines, IA  50265-8345 | 0.652000 | Limited Partner |
| **Lyle D. Stutzman & Monica J. Stutzman**<br>6705 NW 93rd St<br>Johnston, IA  50131-3077 | 0.652000 | Limited Partner |
| **Millennium Trust Co Cust. FBO Springthor**<br>30635 La Sonora Dr<br>Malibu, CA  90265-3125 | 1.304000 | Limited Partner |
| **Paul F. LaRoche, III & Charlotte H. LaRo**<br>1806 Shady Ln<br>Brenham, TX  77833-4966 | 0.652000 | Limited Partner |
| **Ralph L. Hildebrand**<br>2130 E Katelyn Dr<br>Meridian, ID  83646-5777 | 0.652000 | Limited Partner |
| **Robert A. Drake**<br>964 N Lake Dr<br>Watertown, SD  57201-5522 | 1.304000 | Limited Partner |
| **RTJ Management, LLC**<br>2419 Harbor Blvd # 84<br>Ventura, CA  93001-3904 | 0.652000 | Limited Partner |
| **Scott Hier**<br>379605 N Shore Dr<br>Aberdeen, SD  57401-8330 | 1.304000 | Limited Partner |
| **Sharon Collins**<br>5771 Country Ln<br>Cedar Rapids, IA  52411-7902 | 1.304000 | Limited Partner |
| **Stephen J. Gotkis Living Trust**<br>1578 Willow Pond Dr<br>Yardley, PA  19067-5796 | 2.217000 | Limited Partner |
| **Steven G. & Patricia L. Gawley**<br>PO Box 224<br>Irwin, IA  51446-0224 | 0.652000 | Limited Partner |
| **The Barber 2000 Revocable Trust**<br>14831 Ronda Dr<br>San Jose, CA  95124-5114 | 2.217000 | Limited Partner |
| **The Dar Sun Tsien & Martha Sukwai Tsien**<br>585 Almond Ave<br>Los Altos, CA  94022-2311 | 1.304000 | Limited Partner |
| **The Ganal Family Living Trust**<br>15401 Francis Oaks Way<br>Los Gatos, CA  95032-4909 | 1.304000 | Limited Partner |
| **The Harris Living Trust**<br>4300 Highway 95<br>New Meadows, ID  83654-5044 | 1.304000 | Limited Partner |
| **The Sauers Revocable Trust**<br>2 Taiga<br>Coto de Caza, CA  92679-5206 | 2.609000 | Limited Partner |
| **Udai Tennati**<br>3152 Denton Pl NE<br>Roswell, GA  30075-6123 | 1.382000 | Limited Partner |
| **Walter Mendenhall III, Revocable Trust**<br>4307 Lake Shore Dr<br>Okoboji, IA  51355-2589 | 0.652000 | Limited Partner |
| **Wayne Herman Rev Trust**<br>23796 Timber Ave<br>Glidden, IA  51443-8712 | 0.652000 | Limited Partner |

| | | |
|---|---|---|
| **William D. Pender & Faye Pender**<br>2145 Woodberry Run Dr<br>Snellville, GA  30078-5674 | 1.304000 | Limited Partner |
| **William R. DeBerry**<br>102 Bluewater Dr<br>Gallatin, TN  37066-4455 | 1.304000 | Limited Partner |