**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

| | |
|---|---|
| IN RE: | Case No. **16-31908** |
| **Aztec XI-D Oil & Gas, LP** | Chapter **11** |
| Debtor(s) | |

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Andrew Cantrell**<br>1303 Creekstone Dr<br>Cedar Park, TX  78613-3995 | 1.076000 | Limited Partner |
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Cheri A. Wiegand**<br>745 Grand Ave Apt 205<br>Saint Paul, MN  55105-3362 | 2.153000 | Limited Partner |
| **Chirag N Amin Living Trust**<br>3166 Shandwick Cir<br>Corona, CA  92882-7583 | 1.076000 | Limited Partner |
| **Daniel & Sylvia Martin**<br>6131 Franciscan Way<br>San Jose, CA  95120-4417 | 12.923000 | Limited Partner |
| **David Surber Trust DTD 9/18/14 David Sur**<br>1778 Panay Cir<br>Costa Mesa, CA  92626-2348 | 2.153000 | Limited Partner |
| **Donald & Daryl Scane**<br>1067 Brookview Ave<br>Westlake Village, CA  91361-1624 | 1.076000 | Limited Partner |
| **Donald S. Pollmann & Shauna B. Pollmann**<br>719 Flannery Dr<br>Alpine, UT  84004-2619 | 1.076000 | Limited Partner |
| **Dr. Bernard Kruger**<br>170 E 78th St<br>New York, NY  10075-0408 | 4.307000 | Limited Partner |
| **Faris Chilmeran**<br>6000 Blossom Ct<br>McKinney, TX  75070-7229 | 1.076000 | Limited Partner |
| **George I. Okang**<br>11809 Chapel Woods Ct<br>Clarksville, MD  21029-1117 | 2.153000 | Limited Partner |
| **Glatzmaier Living Trust**<br>25441 Rice Rd<br>Sweet Home, OR  97386-9620 | 3.230000 | Limited Partner |
| **Gregory & Terri Martin**<br>105 Cypress Pt<br>Saint Simons Island, GA  31522-2449 | 2.153000 | Limited Partner |
| **James W. Tilley & Holly Tilley**<br>67 River Ridge Rd<br>Little Rock, AR  72227-1525 | 2.153000 | Limited Partner |
| **John & Judy Burnett**<br>3804 Butler Rd<br>New Bern, NC  28560-7010 | 1.076000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name & Address | Units | Type |
|---|---|---|
| **Lorraine A. Potuzak Revocable Trust**<br>13639 78th St NE<br>Foley, MN  56329-9294 | 1.076000 | Limited Partner |
| **Lorraine D. Meyer Trust**<br>14885 18th Ave N<br>Plymouth, MN  55447-4614 | 1.076000 | Limited Partner |
| **Louis & Joann Gibson Family Trust**<br>210 Trail of the Flowers<br>Georgetown, TX  78633-4838 | 1.076000 | Limited Partner |
| **Mark & Cathleen Garijanian**<br>1070 Devereux Chase<br>Roswell, GA  30075-2852 | 1.076000 | Limited Partner |
| **Richard & Helene Lehtinen**<br>175 Arnold Dr<br>Kingston, NY  12401-6133 | 1.076000 | Limited Partner |
| **Rick Jelmini**<br>380 W Bluff Ave<br>Fresno, CA  93711-6907 | 4.307000 | Limited Partner |
| **Robert P. Kartschoke**<br>61 N Lakeside Dr W<br>Medford, NJ  08055-8833 | 4.307000 | Limited Partner |
| **Samuel H. Maropis & Barbara H. Maropis**<br>2085 Devereux Chase<br>Roswell, GA  30075-2875 | 2.153000 | Limited Partner |
| **Smith Family Trust, Christopher & Charma**<br>4062 Morning Star Dr<br>Huntington Beach, CA  92649-3010 | 1.076000 | Limited Partner |
| **Stern Family Revocable Trust**<br>3843 Berrendo Dr<br>Sacramento, CA  95864-2833 | 1.076000 | Limited Partner |
| **Steven C. Pintar**<br>2925 Tepeyac Hill Dr<br>Ann Arbor, MI  48105-9388 | 2.153000 | Limited Partner |
| **Terry J. & Sallye A. Zazzi Living Trust**<br>5211 S Land Park Dr<br>Sacramento, CA  95822-2547 | 2.153000 | Limited Partner |
| **Terry J. Hochsprung**<br>24495 150th St<br>Stewart, MN  55385-6809 | 2.153000 | Limited Partner |
| **The Barber 2000 Revocable Trust**<br>14831 Ronda Dr<br>San Jose, CA  95124-5114 | 2.153000 | Limited Partner |
| **The Ganal Family Living Trust**<br>15401 Francis Oaks Way<br>Los Gatos, CA  95032-4909 | 1.076000 | Limited Partner |
| **The Greener Living Trust**<br>1218 Crescent Ter<br>Sunnyvale, CA  94087-2803 | 1.076000 | Limited Partner |
| **William M. Adams & Sharon A. Adams**<br>2905 Union Rd SE<br>Brookhaven, MS  39601-9745 | 2.153000 | Limited Partner |
| **Yin C. So & Pui Wah So**<br>187 Owl Ct<br>Fremont, CA  94539-6200 | 1.076000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)