**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:                                           Case No. **16-31909**

**Aztec XII-A Oil & Gas LP**                 Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Aleksandr M. & Yelena M. Itkin**<br>13760 Kerry Ln<br>San Diego, CA  92130-5603 | 0.429000 | Limited Partner |
| **Anderson Living Trust**<br>1623 Dogwood Ave<br>Creston, IA  50801-8303 | 0.214000 | Limited Partner |
| **Andrew & Gail Vater**<br>823 Eisenhower Dr<br>Pittsburgh, PA  15228-1701 | 0.429000 | Limited Partner |
| **Anthony Baldwin**<br>1220 King St<br>Lebanon, PA  17042-8113 | 0.858000 | Limited Partner |
| **Anthony Montemurro Rev Liv Trust Dtd 5/2**<br>31281 Via del Verde<br>San Juan Capistrano, CA  92675-6316 | 0.429000 | Limited Partner |
| **Arnold J. Carter & Janice K. Carter**<br>2205 Spring Oak Dr<br>Coralville, IA  52241-9712 | 0.214000 | Limited Partner |
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Bassam M Haffar**<br>6 Woodcrest Ln<br>Charleston, WV  25314-2472 | 0.214000 | Limited Partner |
| **Beth Simpson**<br>423 N 7th Ave<br>Iowa City, IA  52245-6006 | 0.429000 | Limited Partner |
| **Brian Thune**<br>34 Mountain Vw<br>Irvine, CA  92603-3530 | 0.214000 | Limited Partner |
| **Brigitte Muthig**<br>2008 Suffolk St<br>Ann Arbor, MI  48103-5022 | 214 | Limited Partner |
| **Bruce & Donna Donnelly**<br>22 W Lincoln Ave<br>Delaware, OH  43015-1612 | 0.459000 | Limited Partner |
| **Bruce L. & Julia Olson**<br>1302 Nerine Cir<br>Dunwoody, GA  30338-4814 | 0.214000 | Limited Partner |
| **Bryan Muthig Trust dtd 11/11/2011**<br>116 N 4th Ave<br>Ann Arbor, MI  48104-1402 | 0.429000 | Limited Partner |
| **Cardiovascular Consultants, PLLC**<br>1211 Hospital Dr<br>Hurricane, WV  25526-8707 | 0.214000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass   CINcompass (www.cincompass.com)

| Name & Address | Units | Type |
|---|---|---|
| **Carl & Carolyn Parker Living Trust**<br>18122 N Cherry Creek Dr<br>Surprise, AZ  85374-5645 | 0.429000 | Limited Partner |
| **Carl & Millicent Williams**<br>921 Obispo Ave<br>Coral Gables, FL  33134-3645 | 0.214000 | Limited Partner |
| **Channon L. Ollre & Kalynn P. Ollre**<br>13218 Orchard Harvest Dr<br>Richmond, TX  77407-3217 | 0.601000 | Limited Partner |
| **Charles & Denise Champion Family Rev. Tr**<br>4106 Morningview Way<br>El Dorado Hills, CA  95762-5678 | 0.214000 | Limited Partner |
| **Charles J. Jackson**<br>3103 Shipway Ave<br>Long Beach, CA  90808-4330 | 0.214000 | Limited Partner |
| **Charlotte Michaels**<br>2431 Canadian Way Apt 39<br>Clearwater, FL  33763-3719 | 0.429000 | Limited Partner |
| **Cheri A. Wiegand**<br>745 Grand Ave Apt 205<br>Saint Paul, MN  55105-3362 | 0.214000 | Limited Partner |
| **Chirag N Amin Living Trust**<br>3166 Shandwick Cir<br>Corona, CA  92882-7583 | 0.214000 | Limited Partner |
| **Christopher E. & Lauren E. Cragg**<br>10906 Britoak Ln<br>Houston, TX  77079-3611 | 1.287000 | Limited Partner |
| **Clayton M. & Alyson H. Hansen**<br>4476 W Oxford St<br>Cedar Hills, UT  84062-8618 | 0.214000 | Limited Partner |
| **D&M Seehusen Trust**<br>231 N 9th Ave<br>Sheldon, IA  51201-1214 | 0.214000 | Limited Partner |
| **Dahnert Trust dtd 5/10/1994**<br>5069 Edgewater Beach Rd<br>Green Bay, WI  54311-9732 | 0.429000 | Limited Partner |
| **Daniel & Stephanie Vater**<br>1434 Laurel Dr<br>Sewickley, PA  15143-8599 | 2.146000 | Limited Partner |
| **Danny L Stickel**<br>RR 2 Box 85A<br>Jane Lew, WV  26378-9407 | 0.214000 | Limited Partner |
| **David L Hanson Revocable Trust**<br>10465 White Birch Dr<br>San Diego, CA  92131-2321 | 0.429000 | Limited Partner |
| **Dean A. Schantz**<br>2225 230th Ln<br>Winterset, IA  50273-8372 | 0.214000 | Limited Partner |
| **Dena Bradshaw Living Trust**<br>10639 Ashfield St<br>Highlands Ranch, CO  80126-8073 | 1.073000 | Limited Partner |
| **Dennis L. & Cecile G. Thompson Rev. Trus**<br>7503 Wild Flower Ct<br>Johnston, IA  50131-1968 | 0.214000 | Limited Partner |
| **Dennis L. & Cecile G. Thompson Rev. Trus**<br>7503 Wild Flower Ct<br>Johnston, IA  50131-1968 | 0.214000 | Limited Partner |
| **Dongkai Shangguan & Guilian Gao Trust**<br>5550 Bigoak Dr<br>San Jose, CA  95129-3107 | 515 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Role |
|---|---|---|
| **Doris R. Brehm**<br>1204 Regency Ct<br>Kingfisher, OK  73750-4252 | 0.257000 | Limited Partner |
| **Douglas & Mae Fronius**<br>14161 Arbolitos Dr<br>Poway, CA  92064-6439 | 0.429000 | Limited Partner |
| **DuWayne Carl Survivor's Trust**<br>820 S Bridge St<br>Manawa, WI  54949-9207 | 0.429000 | Limited Partner |
| **Elaine L. Morgan**<br>2261 Glen Mary Pl<br>Duluth, GA  30097-3715 | 0.858000 | Limited Partner |
| **Ellen W. Boney**<br>32 Bent Tree Ln<br>Hilton Head Island, SC  29926-1906 | 0.923000 | Limited Partner |
| **Ellsworth R. & Patricia A. Stewart**<br>131 Rainbow Dr Ste 3133<br>Livingston, TX  77399-1031 | 0.214000 | Limited Partner |
| **Eula G. Cooper & John A. Cooper**<br>1122 Robinwood Rd Apt C<br>Gastonia, NC  28054-6659 | 0.257000 | Limited Partner |
| **F & L Electronics, Inc**<br>235 4th Ave<br>Huntington, WV  25701-1221 | 0.214000 | Limited Partner |
| **Finerty Family Revocable Trust**<br>818 Eucalyptus St<br>Davis, CA  95618-6063 | 0.429000 | Limited Partner |
| **Gale H Lawrence**<br>2238 Alta Vista Dr<br>Newport Beach, CA  92660-4127 | 0.214000 | Limited Partner |
| **Gary Chin**<br>43334 W Neely Dr<br>Maricopa, AZ  85138-2499 | 0.300000 | Limited Partner |
| **Gary Singh Rana Rev Trust**<br>125 N Devereux Ct NW<br>Atlanta, GA  30327-4351 | 0.429000 | Limited Partner |
| **George F. & Gwendolyn L. Steigerwalt**<br>2624 Woodmont Ln<br>Wexford, PA  15090-7977 | 1.931000 | Limited Partner |
| **Glatzmaier Living Trust**<br>25441 Rice Rd<br>Sweet Home, OR  97386-9620 | 0.343000 | Limited Partner |
| **Gregory & Terri Martin**<br>105 Cypress Pt<br>Saint Simons Island, GA  31522-2449 | 1.287000 | Limited Partner |
| **Gregory T. Hammond**<br>5133 Villa Pike<br>Cross Lanes, WV  25313-1153 | 1.287000 | Limited Partner |
| **Guy & Venus Baldwin**<br>9568 Bone Bluff Dr<br>Navarre, FL  32566-2544 | 0.858000 | Limited Partner |
| **H & P Properties, LLC**<br>3744 Teays Valley Rd Ste 101<br>Hurricane, WV  25526-9271 | 0.214000 | Limited Partner |
| **Hawley Creek Quarry, Inc**<br>31788 Cottage Grove Lorane Rd<br>Cottage Grove, OR  97424-8548 | 0.858000 | Limited Partner |
| **Henry Der & Priscilla Der Family Rev. Tr**<br>726 32nd Ave<br>San Francisco, CA  94121-3502 | 0.214000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Ownership | Role |
|---|---|---|
| **Henry W. Senn Revocable Trust**<br>13753 E 840th Rd<br>Kingfisher, OK  73750 | 0.429000 | Limited Partner |
| **Himat & Bhavana Shah Rev Liv Trust**<br>383 Avenida La Cuesta<br>San Marcos, CA  92078-4208 | 0.214000 | Limited Partner |
| **Isabel Toth**<br>4574 Starrett Rd<br>Columbus, OH  43214-2527 | 0.858000 | Limited Partner |
| **J & M Sleper Trust**<br>3407 210th Ave<br>Titonka, IA  50480-7023 | 0.214000 | Limited Partner |
| **Jack H. Hammond**<br>12 Briarwood Ter<br>Fairmont, WV  26554-1208 | 0.214000 | Limited Partner |
| **James & Brenda Lugannani**<br>5309 Brouette Ct<br>Plano, TX  75023-5737 | 0.257000 | Limited Partner |
| **James A. Hinson & Anne B. Hinson**<br>2975 Huntington Dr<br>Tallahassee, FL  32308-0532 | 0.214000 | Limited Partner |
| **James T & Patricia B Heisler**<br>2726 Kenross St<br>Houston, TX  77043-1826 | 0.214000 | Limited Partner |
| **Jeana L. Petree Revocable Trust dtd 6/14**<br>1174 Onyx Ct<br>Mason City, IA  50401-7600 | 0.214000 | Limited Partner |
| **Jeanne Morr**<br>PO Box 275<br>Powell, OH  43065-0275 | 0.214000 | Limited Partner |
| **Jeffrey J & Debra K Barnes**<br>15 Hidden Cv<br>Charleston, WV  25313-1171 | 0.214000 | Limited Partner |
| **Jerry & Karen Frengou**<br>839 Moon Glow Ct<br>Gahanna, OH  43230-3838 | 0.214000 | Limited Partner |
| **Jiun-Chyuan Sheu & Siao Ping Tsai**<br>519 Orange Ave<br>South San Francisco, CA  94080-2540 | 0.214000 | Limited Partner |
| **Joel Jackson**<br>150 S Prairie View Dr # 612<br>West Des Moines, IA  50266-6906 | 0.214000 | Limited Partner |
| **John & Judy Burnett**<br>3804 Butler Rd<br>New Bern, NC  28560-7010 | 0.214000 | Limited Partner |
| **John & Marianne Rittenhouse Rev. Living**<br>100 Flat Rock Dr<br>Folsom, CA  95630-7134 | 0.429000 | Limited Partner |
| **Joshua D Wayser Trust**<br>9314 Duxbury Rd<br>Los Angeles, CA  90034-1023 | 0.643000 | Limited Partner |
| **Judith C. Reel Property Management Trust**<br>3306 John Lynde Rd<br>Des Moines, IA  50312-3068 | 0.214000 | Limited Partner |
| **Keith A. Happy & Janet T. Happy**<br>5369 Milan Oakville Rd<br>Milan, MI  48160-9000 | 0.214000 | Limited Partner |
| **Kenneth D. Allen**<br>405 Imperial Dr<br>Cloverdale, CA  95425-3022 | 0.429000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Percentage | Role |
|---|---|---|
| **Kurt Pfotenhauer**<br>2001 15th St N Apt 1507<br>Arlington, VA  22201-6400 | 0.214000 | Limited Partner |
| **Langer Living Trust Dtd 4.19.10**<br>4105 Belair Dr<br>Urbandale, IA  50323-2379 | 0.214000 | Limited Partner |
| **Larry A. & Joyce L. DeYoung**<br>54 N Waterloo Rd<br>Devon, PA  19333-1458 | 0.429000 | Limited Partner |
| **Larry Kong-Nien Yu & Rosaline Han-Ping R**<br>4107 Oak Pointe Ct<br>Hayward, CA  94542-1447 | 0.858000 | Limited Partner |
| **Larry R & Jan Conley Rev Trust Aug 23, 1**<br>8480 Reche Vista Dr<br>Colton, CA  92324-9614 | 0.429000 | Limited Partner |
| **Laura Larsen**<br>1015 W Lantana Cir<br>Sioux Falls, SD  57108-2848 | 0.858000 | Limited Partner |
| **LaVerne D. & Dorothy Schneider Rev. Trus**<br>4719 95th St<br>Urbandale, IA  50322-6213 | 0.214000 | Limited Partner |
| **Leonar F. Loree**<br>3055 E Pine Valley Rd NW<br>Atlanta, GA  30305-1926 | 0.429000 | Limited Partner |
| **Linda K. Kulek**<br>2311 S Farnsworth Dr # 108<br>Mesa, AZ  85209-5065 | 0.429000 | Limited Partner |
| **Lorraine A. Potuzak Revocable Trust**<br>13639 78th St NE<br>Foley, MN  56329-9294 | 0.214000 | Limited Partner |
| **Lytton W. Smith**<br>5141 E Crescent Dr<br>Anaheim, CA  92807-3611 | 0.214000 | Limited Partner |
| **Mark E. Solomon & Norita L. Wilson**<br>2070 River Wood Dr<br>Nixa, MO  65714-7655 | 0.858000 | Limited Partner |
| **Mark O. Carlson**<br>1214 46th St<br>Sioux City, IA  51104-1402 | 0.429000 | Limited Partner |
| **Mary Kimberly Nease**<br>8076 E Hidden Lakes Dr<br>Granite Bay, CA  95746-6941 | 0.214000 | Limited Partner |
| **Mary Miller**<br>358 Canterbury Ln<br>Wyckoff, NJ  07481-2304 | 0.429000 | Limited Partner |
| **Michael & Elena Newton**<br>4300 Via Azul<br>Newbury Park, CA  91320-6803 | 0.214000 | Limited Partner |
| **Michael & Jan Loar**<br>9765 E Prospect Rd<br>Hillsboro, OH  45133-9084 | 0.214000 | Limited Partner |
| **Michael & Yoshiko Hayashi**<br>3019 Highlands View Rd<br>Evergreen, CO  80439-7872 | 0.429000 | Limited Partner |
| **Michael E. Murphy Revocable Trust**<br>2401 Terrace Dr<br>Bartlesville, OK  74006-6238 | 0.343000 | Limited Partner |
| **Michael L & Suzanne V Watkins**<br>515 Tara Trl<br>Atlanta, GA  30327-4927 | 0.858000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Role |
|---|---|---|
| Michael Updegrave<br>65 Wildwood Dr<br>Avon, CT  06001-4408 | 0.429000 | Limited Partner |
| Nancy B. Hansen<br>480 Delegate Dr<br>Columbus, OH  43235-1468 | 2.404000 | Limited Partner |
| Nicholas Living Trust<br>1122 S 12th Ave W<br>Newton, IA  50208-5213 | 0.429000 | Limited Partner |
| Patsy R. Ray<br>1600 Harvey Brown Dr<br>Kingfisher, OK  73750-4602 | 0.214000 | Limited Partner |
| Paul & Lou Anne Merriam<br>309 24th St<br>Sacramento, CA  95816-3016 | 0.257000 | Limited Partner |
| Paul A. & Cheryl Simonoff<br>2355 Kimbrough Ct<br>Atlanta, GA  30350-5635 | 0.429000 | Limited Partner |
| Paul A. Roggow Rev. Trust<br>76912 Petersburg Rd<br>Jackson, MN  56143-3281 | 0.343000 | Limited Partner |
| Paula Simeone<br>26895 Aliso Creek Rd Ste B911<br>Aliso Viejo, CA  92656-5301 | 0.214000 | Limited Partner |
| Perry & Deborah Williamson<br>245 Vidaulan Ct<br>Alpharetta, GA  30022-1650 | 0.429000 | Limited Partner |
| Postich Family Revocable Living Trust<br>199 Kula Dr<br>Sagle, ID  83860-5018 | 0.858000 | Limited Partner |
| Rajendra N. Sajjan<br>1716 Whetstone Ln<br>Tyler, TX  75703-7398 | 0.214000 | Limited Partner |
| Ramlaoui Family Trust<br>PO Box 53545<br>Irvine, CA  92619-3545 | 0.429000 | Limited Partner |
| Randolph R. Rough Revocable Trust<br>1400 Casady Dr<br>Des Moines, IA  50315-1824 | 0.429000 | Limited Partner |
| Ray Jia-Ruey Lo & Jennifer Chang Lo Livi<br>15187 Discovery Rd<br>San Leandro, CA  94579-1978 | 0.343000 | Limited Partner |
| Richard & Margo Beh<br>49 Tunapuna Ln<br>Coronado, CA  92118-3503 | 0.257000 | Limited Partner |
| Richard A. Diesl<br>PO Box 388<br>Spofford, NH  03462-0388 | 0.429000 | Limited Partner |
| Richard D. Rorapaugh<br>7498 Deer Valley Xing<br>Powell, OH  43065-7985 | 0.257000 | Limited Partner |
| Robert & Ann Kartschoke<br>61 N Lakeside Dr W<br>Medford, NJ  08055-8833 | 0.429000 | Limited Partner |
| Robert L. Nash & Adela G. Nash<br>13761 Primavera Dr<br>Corpus Christi, TX  78418-6039 | 0.429000 | Limited Partner |
| Robert P. Skinner<br>34 Mohawk Rd<br>London CANADA, ON | 0.257000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Role |
|---|---|---|
| Robert T. Dewar Rev. Living Trust<br>827 S Rogers Ave<br>Springfield, MO  65804-0126 | 0.515000 | Limited Partner |
| Robin Sassman<br>741 S Marion St<br>Boone, IA  50036-4520 | 0.214000 | Limited Partner |
| Rodney K Hackman<br>1628 Virginia St E<br>Charleston, WV  25311-2114 | 0.214000 | Limited Partner |
| Roger Andersen<br>2386 NW 87th Ave<br>Ankeny, IA  50023-8803 | 0.429000 | Limited Partner |
| Rotem Cooper<br>5795 Mosswood Cv<br>San Diego, CA  92130-4874 | 0.429000 | Limited Partner |
| Sakato Revocable Living Trust<br>3349 Spyglass Ct<br>Fairfield, CA  94534-8310 | 0.214000 | Limited Partner |
| Samuel Johnson<br>106 Liberty Grove Pass<br>Alpharetta, GA  30004-2409 | 0.343000 | Limited Partner |
| Santpal S Mavi<br>2709 Jackson Pike<br>Bidwell, OH  45614-9361 | 0.257000 | Limited Partner |
| Scharlene Brooks<br>4523 Stonebridge Dr<br>Pearland, TX  77584-9219 | 0.429000 | Limited Partner |
| Shannon L. LaPierre<br>4 Kenn Rd<br>Old Saybrook, CT  06475-1727 | 0.214000 | Limited Partner |
| Sharon R. Korbie<br>6271 Cunningham Lake Rd<br>Brighton, MI  48116-5134 | 0.429000 | Limited Partner |
| Stephen C. & Rebecca A. Hook<br>146 Beechwood Dr SW<br>Reynoldsburg, OH  43068-3804 | 0.343000 | Limited Partner |
| Steven N. & Cheri M. Schmidt<br>25 Lillian Ln<br>Doniphan, NE  68832-9776 | 0.257000 | Limited Partner |
| Steven Perry<br>978 S High St<br>Denver, CO  80209-4551 | 0.601000 | Limited Partner |
| Terry J. Hochsprung<br>24495 150th St<br>Stewart, MN  55385-6809 | 0.429000 | Limited Partner |
| The Bodine-Bonyhard Family Trust dtd 3/2<br>232 Seaborg Pl<br>Santa Cruz, CA  95060-3133 | 0.429000 | Limited Partner |
| The Daniel Beringhause Living Trust<br>18755 W Bernardo Dr # 1327<br>San Diego, CA  92127-3026 | 0.429000 | Limited Partner |
| The Forrest Reardon Living Trust<br>9745 Little Canyon Ln<br>Escondido, CA  92026-6515 | 0.214000 | Limited Partner |
| The Ganal Family Living Trust<br>15401 Francis Oaks Way<br>Los Gatos, CA  95032-4909 | 0.214000 | Limited Partner |
| The Gina G. Steenerson Family Trust<br>8141 E Wingspan Way<br>Scottsdale, AZ  85255-6451 | 0.858000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Role |
|---|---|---|
| The Greener Living Trust<br>1218 Crescent Ter<br>Sunnyvale, CA  94087-2803 | 0.214000 | Limited Partner |
| The James Chen Trust dtd 3/7/96<br>757 E Homestead Rd<br>Sunnyvale, CA  94087-4814 | 0.214000 | Limited Partner |
| The Jing-Fang Fay Jou Trust<br>2636 Waters Edge Ln<br>Fort Worth, TX  76116-0521 | 0.459000 | Limited Partner |
| The Laura Ingram Living Trust<br>119 W Wyatt Ave<br>Kingfisher, OK  73750-3141 | 0.643000 | Limited Partner |
| The Matthew Downs Revocable Trust<br>1816 K St Unit L3<br>Sacramento, CA  95811-4158 | 0.214000 | Limited Partner |
| The Miller Family Trust dtd 10/5/01<br>14210 Cypress Falls Dr<br>Cypress, TX  77429-1993 | 0.429000 | Limited Partner |
| The Muhs Trust<br>10331 Shirley Ave<br>Porter Ranch, CA  91326-2243 | 0.643000 | Limited Partner |
| The Noce Trust dtd 02/07/1986<br>776 Berkshire Dr<br>Millbrae, CA  94030-2143 | 0.429000 | Limited Partner |
| The Patricia J. Krause Living Trust<br>1030 Greenhills Dr<br>Ann Arbor, MI  48105-2722 | 0.429000 | Limited Partner |
| The Rossi 2005 Living Trust<br>19447 Via Madronas Ct<br>Saratoga, CA  95070-4516 | 0.429000 | Limited Partner |
| Timothy Edwin McDougal Revocable Trust<br>6562 S Lisbon Ct<br>Aurora, CO  80016-3140 | 0.459000 | Limited Partner |
| Todd S. & Lisa K. Lundgren<br>1907 10th St<br>Emmetsburg, IA  50536-2408 | 0.343000 | Limited Partner |
| Tony L Coffman<br>161 Birch River Rd<br>Birch River, WV  26610 | 0.214000 | Limited Partner |
| Trace Barton & Cheryl Barton<br>2338 Phylis Rae Dr<br>Pace, FL  32571-7638 | 0.214000 | Limited Partner |
| Travis J. Petree Living Trust dtd 3/5/20<br>2951 Rainbow Dr<br>Mason City, IA  50401-8931 | 0.429000 | Limited Partner |
| Trust Agreement of Iris Denise German<br>6815 Vienna Woods Trl<br>Centerville, OH  45459-1269 | 1.717000 | Limited Partner |
| W & M Cozad Family Trust<br>10401 W Charleston Blvd # V6<br>Las Vegas, NV  89135-8706 | 0.858000 | Limited Partner |
| W. Eugene Hill & Sandra L. Hill Rev. Liv<br>24545 Taree Dr NE<br>Kingston, WA  98346-9253 | 0.214000 | Limited Partner |
| Wayne McBride<br>12011 Woodbourne Ct<br>Fort Wayne, IN  46845-1952 | 0.214000 | Limited Partner |
| Wayne R. & Kathleen E. Longbrake<br>73 Gosling Dr<br>Hendersonville, NC  28792-8264 | 0.429000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Wilbanks Securities Advisory**<br>4334 NW Expressway Ste 222<br>Oklahoma City, OK  73116-1516 | 0.235000 | Limited Partner |
| **Wilbanks Securities, Inc.**<br>4334 NW Expressway Ste 222<br>Oklahoma City, OK  73116-1516 | 0.705000 | Limited Partner |
| **William & Carol Gould**<br>135 Allegheny Way<br>Alpine, UT  84004-2503 | 0.214000 | Limited Partner |
| **William Cucculelli**<br>46 Liberty Ridge Ave<br>Powell, OH  43065-7928 | 0.214000 | Limited Partner |
| **William L Hane Family Trust**<br>PO Box 31450<br>Mesa, AZ  85275-1450 | 0.429000 | Limited Partner |
| **William V Fowler**<br>139 Riverview Dr<br>Marion, NC  28752-8870 | 0.214000 | Limited Partner |
| **Wong Family Trust**<br>1822 23rd Ave<br>San Francisco, CA  94122-4426 | 0.214000 | Limited Partner |
| **Yin So**<br>187 Owl Ct<br>Fremont, CA  94539-6200 | 0.429000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)