**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:  Case No. **16-31910**

**Aztec XII-B Oil & Gas Lp**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **A. Hooper Skardon & Susan W. Skardon**<br>**207 Chessington Ln**<br>**Simpsonville, SC  29681-2684** | 1.207000 | Limited Partner |
| **Alexander P. Jevitt**<br>**672 Iroquois St**<br>**Merritt Island, FL  32952-5213** | 0.603000 | Limited Partner |
| **Alvin Saul Berlat & Barbara Carol Berlat**<br>**5616 S Graphite Way**<br>**Meridian, ID  83642-9235** | 2.414000 | Limited Partner |
| **Anna Gargasz**<br>**3115 Grove Ln**<br>**Avon, OH  44011-5703** | 1.207000 | Limited Partner |
| **Anne Ambrosio Living Trust dtd 12-16-99**<br>**333 N Atlantic Ave Apt 210**<br>**Cocoa Beach, FL  32931-2974** | 3.621000 | Limited Partner |
| **Aztec Energy LLC**<br>**21175 State Highway 249 Ste 330**<br>**Houston, TX  77070-1655** | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>**21175 State Highway 249 Ste 330**<br>**Houston, TX  77070-1655** | 29 | Limited Partner |
| **Buckingham Interests, LP**<br>**404 Hurst Creek Rd**<br>**Lakeway, TX  78734-3463** | 0.603000 | Limited Partner |
| **Chirag N Amin Living Trust**<br>**3166 Shandwick Cir**<br>**Corona, CA  92882-7583** | 0.603000 | Limited Partner |
| **Dan K. Ahrens & Rebecca R. Ahrens**<br>**5230 Chambler Ct**<br>**Houston, TX  77069-1532** | 1.207000 | Limited Partner |
| **Diane E. Wenzel**<br>**3457 Bancroft Dr**<br>**Melbourne, FL  32940-5931** | 0.603000 | Limited Partner |
| **H. Wayne Pace**<br>**PO Box 833**<br>**Dana, NC  28724-0833** | 0.603000 | Limited Partner |
| **James M. Hartman & Kristen A. Scullin-Ha**<br>**13324 Thornhill Dr**<br>**Saint Louis, MO  63131-1613** | 0.603000 | Limited Partner |
| **Kathleen M. Brennan Trust**<br>**911 Lakeshore Dr W**<br>**Hebron, OH  43025-9415** | 1.207000 | Limited Partner |
| **Louis & Joann Gibson Family Trust**<br>**210 Trail of the Flowers**<br>**Georgetown, TX  78633-4838** | 1.207000 | Limited Partner |
| **Marvin Kent & Shawna R. Powell**<br>**96 Lone Pinon Ln**<br>**Silt, CO  81652-7700** | 36.207000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass    CINcompass (www.cincompass.com)

| Name / Address | Units | Role |
|---|---|---|
| **Mathew & Traci Dixon**<br>26 Little Comfort Rd<br>Savannah, GA  31411-1455 | 1.207000 | Limited Partner |
| **Miguel Beckles**<br>315 Creekside Ct<br>Roswell, GA  30076-2509 | 1.207000 | Limited Partner |
| **Quita Bartholomew Revocable Trust**<br>525 Sage Valley Dr<br>Richardson, TX  75080-2324 | 0.603000 | Limited Partner |
| **Raymond G.  & Leora A. Bailey**<br>87686 Cedar Flat Rd<br>Springfield, OR  97478-8626 | 1.207000 | Limited Partner |
| **Robert & Ann Kartschoke**<br>61 N Lakeside Dr W<br>Medford, NJ  08055-8833 | 2.414000 | Limited Partner |
| **Robert F. Wenzel Trust, Patricia J. Call**<br>320 Overlook Dr<br>Syracuse, NY  13207-1021 | 0.603000 | Limited Partner |
| **Russomano Revocable Trust**<br>94 Roundup Dr<br>San Antonio, TX  78213-2309 | 0.603000 | Limited Partner |
| **Stephen J. Gotkis Living Trust**<br>1578 Willow Pond Dr<br>Yardley, PA  19067-5796 | 3.621000 | Limited Partner |
| **Steven Perry**<br>978 S High St<br>Denver, CO  80209-4551 | 0.603000 | Limited Partner |
| **The Dean & Sandra Adams Trust**<br>42052 Via San Carlos<br>Fremont, CA  94539-4738 | 1.207000 | Limited Partner |
| **The Fisher Family Trust dtd 1-26-12**<br>437 S Neptune Dr<br>Satellite Beach, FL  32937-3824 | 1.207000 | Limited Partner |
| **The Karin Wasserman Trust, Karin Wasserm**<br>7187 Broderick Dr<br>Melbourne, FL  32940-5901 | 0.603000 | Limited Partner |
| **The Kenneth E & Patricia A Millette Fami**<br>2400 Ximeno Ave<br>Long Beach, CA  90815-1840 | 0.603000 | Limited Partner |
| **Thomas & Mary Jean Brown**<br>75 Dubois Rd<br>Bridgeton, NJ  08302-6025 | 1.207000 | Limited Partner |
| **Wm. F. and Louisa F. Coyote Irrevocable**<br>1453 Sorrel Rd<br>Boulder City, NV  89005-3117 | 1.207000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)