**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

IN RE:   Case No. **16-31911**

**Aztec XII-C Oil & Gas LP**   Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | **General Partner** |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | **Limited Partner** |
| **Cheryl Thornhill**<br>25972 Serenata Dr<br>Mission Viejo, CA  92691-5730 | 3.465000 | **Limited Partner** |
| **David P. Jones & Patricia K. Jones Famil**<br>50 Old Ranch Rd<br>Novato, CA  94947-4235 | 27.723000 | **Limited Partner** |
| **Dennis Bowen**<br>1004 Madrid Ave<br>Port Royal, SC  29935-2306 | 3.465000 | **Limited Partner** |
| **Gloria Foss**<br>910 Avenue Q<br>Matamoras, PA  18336-1926 | 4.158000 | **Limited Partner** |
| **Jasons Investments, LLP**<br>5395 W Village Dr<br>Glendale, AZ  85308-5334 | 6.931000 | **Limited Partner** |
| **Jean Gontarski**<br>320 Quay Ave<br>Scranton, PA  18504-9652 | 3.465000 | **Limited Partner** |
| **Steven C. Pintar**<br>2925 Tepeyac Hill Dr<br>Ann Arbor, MI  48105-9388 | 6.931000 | **Limited Partner** |
| **The Dar Sun Tsien & Martha Sukwai Tsien**<br>585 Almond Ave<br>Los Altos, CA  94022-2311 | 6.931000 | **Limited Partner** |
| **The Miller Family Revocable Living Trust**<br>3253 W Tenaya Way<br>Fresno, CA  93711-1666 | 6.931000 | **Limited Partner** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)