**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

**IN RE:**  Case No. **16-31912**

**Aztec Comanche A Oil & Gas LP**  Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Agnes Derecskei-Kovacs & Bela Derecskei**<br>6603 Carmel Dr<br>Macungie, PA  18062-8769 | 0.355000 | Limited Partner |
| **Albert E. & Norma Haines**<br>5910 Miller Valley Dr<br>Houston, TX  77066-1512 | 0.355000 | Limited Partner |
| **Amalia Apostoleris**<br>99 Cherry Swamp Rd<br>Moodus, CT  06469-1040 | 0.355000 | Limited Partner |
| **Anchan Family Revocable Trust**<br>3312 Corinna Dr<br>Rancho Palos Verdes, CA  90275-6212 | 0.719000 | Limited Partner |
| **Anita R MacInnes & Richard G MacInnes**<br>1869 Valley View Ave<br>Norco, CA  92860-2928 | 0.711000 | Limited Partner |
| **Anthony Montemurro Rev Liv Trust Dtd 5/2**<br>31281 Via del Verde<br>San Juan Capistrano, CA  92675-6316 | 1.066000 | Limited Partner |
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | General Partner |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | Limited Partner |
| **Bassam M Haffar**<br>6 Woodcrest Ln<br>Charleston, WV  25314-2472 | 0.355000 | Limited Partner |
| **Booe Living Trust u/a/d 06/01/2006**<br>4527 Emerson Ave # 7<br>Dallas, TX  75205-4651 | 0.711000 | Limited Partner |
| **Brett Cisler**<br>2591 Twin Pines Loop<br>Lewis Center, OH  43035-8755 | 0.355000 | Limited Partner |
| **Brian & Amanda Cheshire**<br>3580 Thurloe Dr<br>Rockledge, FL  32955-6066 | 0.355000 | Limited Partner |
| **Brian & Angela Huefner**<br>415 Sterling St NE<br>Atlanta, GA  30307-2007 | 0.711000 | Limited Partner |
| **Brian Frank**<br>110 Green Falls Pt<br>Atlanta, GA  30350-5432 | 0.711000 | Limited Partner |
| **Brigitte M. Muthig Rev Trust dtd 07/28/2**<br>2008 Suffolk St<br>Ann Arbor, MI  48103-5022 | 0.355000 | Limited Partner |
| **Bryan Muthig Trust dtd 11/11/2011**<br>116 N 4th Ave<br>Ann Arbor, MI  48104-1402 | 0.711000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Type |
|---|---|---|
| **Cardiovascular Consultants, PLLC**<br>1211 Hospital Dr<br>Hurricane, WV  25526-8707 | 0.711000 | Limited Partner |
| **Carl & Carolyn Parker Living Trust**<br>18122 N Cherry Creek Dr<br>Surprise, AZ  85374-5645 | 0.711000 | Limited Partner |
| **Carl & Millicent Williams**<br>921 Obispo Ave<br>Coral Gables, FL  33134-3645 | 0.355000 | Limited Partner |
| **Carl J Sculteure**<br>7477 E Crown Pkwy<br>Orange, CA  92867-6459 | 0.355000 | Limited Partner |
| **Chirag N Amin Living Trust**<br>3166 Shandwick Cir<br>Corona, CA  92882-7583 | 0.355000 | Limited Partner |
| **Christopher E. & Lauren E. Cragg**<br>10906 Britoak Ln<br>Houston, TX  77079-3611 | 2.844000 | Limited Partner |
| **Clint D. Gharib**<br>4228 Wieuca Rd NE<br>Atlanta, GA  30342-3814 | 0.388000 | Limited Partner |
| **Corey G. Solman, Jr.**<br>18533 Wild Horse Creek Rd<br>Chesterfield, MO  63005-4009 | 0.355000 | Limited Partner |
| **Dan K. Ahrens & Rebecca R. Ahrens**<br>5230 Chambler Ct<br>Houston, TX  77069-1532 | 0.711000 | Limited Partner |
| **David Albert**<br>10311 Jordan Rd<br>Potosi, MO  63664-1614 | 0.711000 | Limited Partner |
| **David Cox**<br>2121 Union Ave<br>Costa Mesa, CA  92627-4024 | 0.355000 | Limited Partner |
| **Dean A. & Cynthia F. Harvey**<br>600 Wilcrest Dr # 52<br>Houston, TX  77042-1042 | 0.769000 | Limited Partner |
| **DiLorenzo Family Trust**<br>12003 S Highway 1<br>Elk, CA  95432-9004 | 0.426000 | Limited Partner |
| **Doris R. Brehm**<br>1204 Regency Ct<br>Kingfisher, OK  73750-4252 | 0.711000 | Limited Partner |
| **Dorje Pema & Dolma Tsering**<br>2755 Oakcleft St<br>Ann Arbor, MI  48103-2247 | 0.711000 | Limited Partner |
| **Dr. Richard L. Stokes III**<br>11941 Riders Ln<br>Reston, VA  20191-4250 | 0.924000 | Limited Partner |
| **DRH Real Estate Management LLC**<br>12 Mariners Ln<br>Kemah, TX  77565-2250 | 2.844000 | Limited Partner |
| **Ellsworth R. & Patricia A. Stewart**<br>131 Rainbow Dr Ste 3133<br>Livingston, TX  77399-1031 | 0.355000 | Limited Partner |
| **F & L Electronics, Inc**<br>235 4th Ave<br>Huntington, WV  25701-1221 | 0.355000 | Limited Partner |
| **Frank G & Lilia G. Scarberry**<br>235 4th Ave<br>Huntington, WV  25701-1221 | 0.355000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name / Address | Units | Role |
|---|---|---|
| George C Trogdon Jr.<br>4180 Lantern Hill Dr<br>Dacula, GA  30019-7232 | 0.355000 | Limited Partner |
| George I. Okang<br>11809 Chapel Woods Ct<br>Clarksville, MD  21029-1117 | 0.355000 | Limited Partner |
| Gregory T. Hammond<br>5133 Villa Pike<br>Cross Lanes, WV  25313-1153 | 2.133300 | Limited Partner |
| Gregory V. Nelson<br>211 Broad Oaks Cir<br>Houston, TX  77056-1212 | 0.711000 | Limited Partner |
| H & P Properties, LLC<br>3744 Teays Valley Rd Ste 101<br>Hurricane, WV  25526-9271 | 0.355000 | Limited Partner |
| Hall S. Hanks<br>610 Davis River Rd<br>Belmont, NC  28012-8672 | 0.711000 | Limited Partner |
| Isabel Toth<br>4574 Starrett Rd<br>Columbus, OH  43214-2527 | 0.711000 | Limited Partner |
| J Stephen Dieter & Elizabeth Dieter<br>6631 Hidden Beach Cir<br>Orlando, FL  32819-7558 | 0.355000 | Limited Partner |
| Jack H. Hammond<br>12 Briarwood Ter<br>Fairmont, WV  26554-1208 | 0.355000 | Limited Partner |
| James A Craig<br>500 Covered Bridge Rd<br>Bloomingrose, WV  25024 | 1.066000 | Limited Partner |
| James W. Anderson, III Revocable Trust<br>PO Box 888<br>Hermitage, TN  37076-0888 | 0.426000 | Limited Partner |
| Janet L. Bunch<br>4919 Jarvis Rd<br>Hillsboro, MO  63050-2533 | 1.422000 | Limited Partner |
| Jean Gontarski<br>320 Quay Ave<br>Scranton, PA  18504-9652 | 0.355000 | Limited Partner |
| John & Barbara Bahorik<br>15014 Eaglepark Pl<br>Lithia, FL  33547-3802 | 1.422000 | Limited Partner |
| John & Julia Montesi, ttees Montesi Livi<br>1842 Anne Ct<br>San Jose, CA  95124-6134 | 0.711000 | Limited Partner |
| Jonathan W Baird<br>672 E College St<br>Griffin, GA  30224-4311 | 0.355000 | Limited Partner |
| Joseph J Massaro<br>155 Clearfield Rd<br>Wethersfield, CT  06109-3218 | 0.426000 | Limited Partner |
| Joseph P. Pannitto Rev Living Trust<br>4550 Rivermist Dr<br>Melbourne, FL  32935-7163 | 0.711000 | Limited Partner |
| Joseph S. Rae<br>73 Brook Rd<br>Shelburne Falls, MA  01370-9603 | 2.702000 | Limited Partner |
| Joseph Sullivan<br>15014 Eaglepark Pl<br>Lithia, FL  33547-3802 | 0.355000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Percentage | Role |
|---|---|---|
| Kathleen Clarida<br>5310 Via Cartagena<br>Yorba Linda, CA  92886-4560 | 0.355000 | Limited Partner |
| Keith A. Happy & Janet T. Happy<br>5369 Milan Oakville Rd<br>Milan, MI  48160-9000 | 0.355000 | Limited Partner |
| Larry J. & Brenda J. Livingston<br>37217 Gilchrist St<br>Westland, MI  48186-9364 | 0.355000 | Limited Partner |
| Lawrence & Deborah Franko<br>327 Marshall Squier Rd<br>Nicholson, PA  18446-8111 | 0.355000 | Limited Partner |
| Leonard M Supko & Pamela J Supko<br>2336 Foliage Oak Ter<br>Oviedo, FL  32766-7021 | 0.355000 | Limited Partner |
| M. Allen Milarcik<br>2754 Pine Dr NE<br>New Philadelphia, OH  44663-1447 | 0.355000 | Limited Partner |
| Michael & Jan Loar<br>9765 E Prospect Rd<br>Hillsboro, OH  45133-9084 | 0.426000 | Limited Partner |
| Mohammad Emran & Raniah Hana<br>263 Cape May Dr<br>Corpus Christi, TX  78412-2668 | 0.426000 | Limited Partner |
| Norman & Pamela Shear<br>578 Sutton Way # 232<br>Grass Valley, CA  95945-5390 | 0.355000 | Limited Partner |
| Oliver Family Trust<br>12 Lyon Rdg<br>Aliso Viejo, CA  92656-5279 | 1.422000 | Limited Partner |
| Orval D. Smith Living Trust<br>14861 Country Ln<br>Kingfisher, OK  73750-6211 | 0.355000 | Limited Partner |
| Phyllis Holsclaw<br>3307 Campbell Ln<br>Saint Albans, WV  25177-2203 | 0.355000 | Limited Partner |
| Rajendra N. Sajjan<br>1716 Whetstone Ln<br>Tyler, TX  75703-7398 | 0.639000 | Limited Partner |
| Revocable Living Trust of John A Durkee<br>15700 Texaco Ave<br>Paramount, CA  90723-3924 | 1.422000 | Limited Partner |
| Rick Jelmini<br>380 W Bluff Ave<br>Fresno, CA  93711-6907 | 1.422000 | Limited Partner |
| Robert & Ann Kartschoke<br>61 N Lakeside Dr W<br>Medford, NJ  08055-8833 | 1.422000 | Limited Partner |
| Robert & Susan Vizcarra<br>17312 Medford Ave<br>Tustin, CA  92780-1836 | 0.568000 | Limited Partner |
| Rodney K & Elaine M Hackman<br>1628 Virginia St E<br>Charleston, WV  25311-2114 | 0.355000 | Limited Partner |
| Ruth P. Nicholas<br>17426 Megan Springs Dr<br>Spring, TX  77379-1929 | 0.711000 | Limited Partner |
| Santpal S Mavi<br>2709 Jackson Pike<br>Bidwell, OH  45614-9361 | 0.426000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Name/Address | Units | Role |
|---|---|---|
| Scharlene Brooks<br>4523 Stonebridge Dr<br>Pearland, TX  77584-9219 | 0.355000 | Limited Partner |
| Shailen & Alina Podoprigora Mehta<br>404 Hedgewood Dr<br>Gallipolis, OH  45631-1114 | 1.066000 | Limited Partner |
| Shannon L. LaPierre<br>4 Kenn Rd<br>Old Saybrook, CT  06475-1727 | 0.568000 | Limited Partner |
| Sharon Fennell<br>1011 Clay Pl<br>Lebanon, TN  37087-0249 | 1.420000 | Limited Partner |
| Sharon R. Korbie<br>6271 Cunningham Lake Rd<br>Brighton, MI  48116-5134 | 0.711000 | Limited Partner |
| Shelly Chandler<br>4200 Belle Meade Cir<br>Belmont, NC  28012-6506 | 0.355000 | Limited Partner |
| Steven Perry<br>978 S High St<br>Denver, CO  80209-4551 | 0.711000 | Limited Partner |
| Susan & David Eddleston JJWRO<br>1383 Harmony Rd<br>Hallstead, PA  18822 | 0.355000 | Limited Partner |
| The Laura Ingram Living Trust<br>119 W Wyatt Ave<br>Kingfisher, OK  73750-3141 | 1.422000 | Limited Partner |
| The Miller Family Trust dtd 10/5/01<br>14210 Cypress Falls Dr<br>Cypress, TX  77429-1993 | 0.711000 | Limited Partner |
| The Patricia J. Krause Living Trust<br>1030 Greenhills Dr<br>Ann Arbor, MI  48105-2722 | 0.711000 | Limited Partner |
| The Williams Family Living Trust<br>10210 E Broadway Rd<br>Mesa, AZ  85208-4410 | 1.137000 | Limited Partner |
| Thomas William & Allison Emery Kahle<br>25390 Alexis Ln<br>Menifee, CA  92584-9750 | 3.555000 | Limited Partner |
| Tony L Coffman<br>161 Birch River Rd<br>Birch River, WV  26610 | 0.355000 | Limited Partner |
| W & M Cozad Family Trust<br>10401 W Charleston Blvd # V6<br>Las Vegas, NV  89135-8706 | 1.422000 | Limited Partner |
| W. Clydene Clark Family Trust dtd 11/01/<br>14555 Wunderlich Dr # 3409<br>Houston, TX  77069-2872 | 0.711000 | Limited Partner |
| William & Carol Gould<br>135 Allegheny Way<br>Alpine, UT  84004-2503 | 0.426000 | Limited Partner |
| William Cucculelli<br>46 Liberty Ridge Ave<br>Powell, OH  43065-7928 | 0.355000 | Limited Partner |
| Yarran Lu<br>31 Clear Crk<br>Irvine, CA  92620-1292 | 0.711000 | Limited Partner |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)