**United States Bankruptcy Court**
**Southern District of Texas, Houston Division**

| | |
|---|---|
| IN RE: | Case No. **16-31913** |
| **Aztec Comanche B Oil & Gas LP** | Chapter **11** |
| Debtor(s) | |

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Aztec Energy LLC**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 1 | **General Partner** |
| **Aztec Oil & Gas, Inc.**<br>21175 State Highway 249 Ste 330<br>Houston, TX  77070-1655 | 29 | **Limited Partner** |
| **Christine Barton**<br>11741 Cannon Mines Rd<br>Cadet, MO  63630-9683 | 4.403000 | **Limited Partner** |
| **David & Deborah Holschen**<br>10231 Finch Rd<br>Potosi, MO  63664-1852 | 2.201000 | **Limited Partner** |
| **H. Wayne Pace**<br>PO Box 833<br>Dana, NC  28724-0833 | 2.201000 | **Limited Partner** |
| **Jill S. Reid**<br>29396 Pike 223<br>Eolia, MO  63344-4635 | 8.805000 | **Limited Partner** |
| **Karen Wagner**<br>2939 Van Ness St NW Apt 1106<br>Washington, DC  20008-4654 | 2.201000 | **Limited Partner** |
| **Mark R. & Beth A. Taylor**<br>2036 N Prospect Ave # 1103<br>Milwaukee, WI  53202-1263 | 8.805000 | **Limited Partner** |
| **Michael Lance Foulk & Leslie H. Foulk**<br>2559 Shaggy Bark Ct<br>Belmont, NC  28012-8596 | 2.642000 | **Limited Partner** |
| **Neal McDonald**<br>311 S State Highway 21<br>Caledonia, MO  63631-8206 | 11.006000 | **Limited Partner** |
| **Paul W. & Denise Yount**<br>13409 Webster Rd<br>Belgrade, MO  63622-9250 | 8.805000 | **Limited Partner** |
| **Sheldon G. Wellins & Cathy L. Brown**<br>44672 Monterey Ave<br>Palm Desert, CA  92260-3326 | 2.201000 | **Limited Partner** |
| **Shirley Blackwell**<br>10145 County Road 3070<br>Rolla, MO  65401-7768 | 2.201000 | **Limited Partner** |
| **Stephen J. Gotkis Living Trust**<br>1578 Willow Pond Dr<br>Yardley, PA  19067-5796 | 7.925000 | **Limited Partner** |
| **Sullivan Living Trust, dtd 1/11/13 Thoma**<br>PO Box 1326<br>Ocean View, DE  19970-1326 | 4.403000 | **Limited Partner** |
| **Wanda L. OBrien**<br>502 Log Cabin Rd<br>Farmington, MO  63640-9201 | 2.201000 | **Limited Partner** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)