# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**PROOF OF INTEREST**

| Name of Debtor: *Aztec Oil & Gas, Inc.* | Case Number: *16-31895* |
|---|---|

**1. Name and address of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. (The "Interestholder"):

*Livingston Growth Fund Trust*
*3rd Floor, 2500 Wilcrest*
*Houston, TX 77042*

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interestholder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Telephone Number:

**3. Date Equity Interest was acquired:**

**4. Total amount of member interest:** *3,603,857 Common Shares*

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on common shares of the Debtor.
☐ Check this box if your Equity Interest is based on common non- voting shares of the Debtor.
☐ Check this box if your Equity Interest is based on anything else, and describe that interest:

**Description:** *Common Stock*

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Signature:**
Check the appropriate box.

☐ I am the Interestholder.
☑ I am the Interestholder's agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provide d in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Robert Sonfield*
Title: *Trustee*
Company: *Livingston Growth Fund Trust*

*/s/ Robert Sonfield, Trustee*       09/19/2016
Signature                                       Date

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3



NUMBER 95936

# AZTEC OIL & GAS, INC.



SHARES *1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: DECEMBER 27, 2010

*Ariane Cox*
Ariane E. Cox, Secretary

[Corporate Seal: AZTEC OIL & GAS, INC. CORPORATE Seal NEVADA]

Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield000971

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3

NUMBER 95937

# AZTEC OIL & GAS, INC.

SHARES *1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   DECEMBER 27, 2010

Ariane E. Cox, Secretary



Waylan R. Johnson, President

Countersigned:
Standard Registrar & Transfer Company, Inc.
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfie

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3

NUMBER 95938

# AZTEC OIL & GAS, INC.

SHARES *1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**    LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**    ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:    DECEMBER 27, 2010

*Ariane Cox*
Ariane E. Cox, Secretary

[Aztec Oil & Gas, Inc. Corporate Seal, Nevada]

Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield000973

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3


NUMBER 95939

# AZTEC OIL & GAS, INC.


SHARES *1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   DECEMBER 27, 2010


Ariane E. Cox, Secretary

Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3

NUMBER
95940

# AZTEC OIL & GAS, INC.

SHARES
*1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**  LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**  ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: DECEMBER 27, 2010

*Ariane Cox*
Ariane E. Cox, Secretary



Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield000575

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3



NUMBER
95941

# AZTEC OIL & GAS, INC.



SHARES
*1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   DECEMBER 27, 2010

_Ariane Cox_
Ariane E. Cox, Secretary

_Waylan R. Johnson, President_

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3


NUMBER
95942

# AZTEC OIL & GAS, INC.


SHARES
*1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   DECEMBER 27, 2010


Ariane E. Cox, Secretary


Waylan R. Johnson, President

Countersigned:
Standard Registrar & Transfer Company, Inc.
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield000977

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3


NUMBER
95943

# AZTEC OIL & GAS, INC.


SHARES
*1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**    LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**  ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:    DECEMBER 27, 2010

_Ariane Cox_
Ariane E. Cox, Secretary

[Corporate Seal: AZTEC OIL & GAS, INC. CORPORATE SEAL NEVADA]

_[signature]_
Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _[signature]_
Authorized Signature

Sonfield000978

© Lakeview Printing (801) 292-4711



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3

NUMBER
95944

SHARES
*1,000,000*

# AZTEC OIL & GAS, INC.

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   DECEMBER 27, 2010

_Ariane Cox_
Ariane E. Cox, Secretary

[AZTEC OIL & GAS, INC. CORPORATE Seal NEVADA]

Waylan R. Johnson, President

Countersigned:
Standard Registrar & Transfer Company, Inc.
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA


CUSIP NO. 055000 10 3

NUMBER
95945

# AZTEC OIL & GAS, INC.

SHARES
*1,000,000*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**   LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**   ONE MILLION

— Shares of **Aztec Oil & Gas, Inc.** Common Stock —

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: DECEMBER 27, 2010

*Ariane Cox*
Ariane E. Cox, Secretary

[Corporate Seal: AZTEC OIL & GAS, INC. CORPORATE Seal NEVADA]

Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield

© Lakeview Printing (801) 292-4711

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 055000 10 3


NUMBER
95946

# AZTEC OIL & GAS, INC.


SHARES
*811,570*

AUTHORIZED COMMON STOCK: 100,000,000 SHARES
PAR VALUE: $0.001

**THIS CERTIFIES THAT**    LIVINGSTON GROWTH FUND TRUST

**IS THE RECORD HOLDER OF**    EIGHT HUNDRED ELEVEN THOUSAND FIVE HUNDRED SEVENTY

Shares of **Aztec Oil & Gas, Inc.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: DECEMBER 27, 2010


Ariane E. Cox, Secretary



Waylan R. Johnson, President

Countersigned:
**Standard Registrar & Transfer Company, Inc.**
12528 South 1840 East
Draper, Utah 84020

By _____
Authorized Signature

Sonfield000981

© Lakeview Printing (801) 292-4711