UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)

PETITION DATE: APRIL 13, 2016

**MOR-1 Monthly Operating Report Summary for month of May 2017**

| Debtor Case No. | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Receipts (MOR-5) | $ - | $ 77.56 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cash Expenditures (MOR-5) | $ 144.18 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Income (Loss) (MOR-4) | $ (24,727.49) | $ 77.56 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payments to Insiders (MOR-7) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payments to Professionals (MOR-8) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

*** The original of this document must be filed with the United States Bankrupcty Court and a copy must be sent to the United States Trustee. ***

**Insurance maintained as of signature date**

| Debtor Case No. | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Directors & Officers Ins. (Yes, No, N.A.) | No | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| General Liability (Yes, No, N.A.) | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |

NOTE: In all MORs, amounts may not tie due to rounding.

ATTORNEY NAME: Kristin Rhame
FIRM: The Rhame Law Firm, PLLC
ADDRESS: 227 E. Edgewood
CITY, STATE, ZIP: Friendswood, Texas 77546
TELEPHONE: 832-314-4630

I certify under penalty of purjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-8 plus attachments, is true and correct.

SIGNED: /s/ Jeremy G. Driver
TITLE: PRESIDENT
DATE: 7/17/2017

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)　　　　　PETITION DATE: APRIL 13, 2016

MOR-2  Questionnaire for the month of May 2017

| Debtor | Aztec Oil & Gas Inc. | Aztec Drilling & Operating LLC | Aztec Energy LLC | Aztec Operating Inc. | VIII B LP | VIII C LP | X-A LP | X-B LP | X-C LP | XI-D LP | XI-A LP | XI-B LP | XI-C LP | XII-A LP | XII-B LP | XII-C LP | Comanche A LP | Comanche B LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No. | 16-31895 | 16-31896 | 16-31897 | 16-31898 | 16-31899 | 16-31900 | 16-31901 | 16-31902 | 16-31903 | 16-31904 | 16-31905 | 16-31907 | 16-31908 | 16-31909 | 16-31910 | 16-31911 | 16-31912 | 16-31913 |
| Is the business still operating? | Yes | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you paid all your bills on time this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Did you pay your employees on time? | No | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Have you deposited all the receipts for your business into the DIP account this month? | Yes | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Have you filed all of your tax returns and paid all of your taxes this month? | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Have you timely filed all other required government filings? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you paid all of your insurance premiums this month? | No | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| Do you plan to continue to operate the business next month? | Yes | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Are you current on your quarterly fee payment to the U.S. Trustee? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you paid anything to your attorney or other professionals this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Did you have any unusual or significant unanticipated expenses this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Do you have any bank accounts open other than the DIP account? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you sold any assets other than inventory this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Did any insurance company cancel your policy this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you borrowed money from anyone this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Has anyone made an investment in your business this month? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Have you paid any bills you owed before you filed bankruptcy? | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |

NOTE: In all MORs, amounts may not tie due to rounding.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)  PETITION DATE: APRIL 13, 2016

MOR-3  Balance Sheet Assets as of May 31, 2017

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Energy LLC<br>16-31897 | Aztec Operating Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | | | |
| Cash | 683.70 | 77.56 | - | | | | | | | | | | | | | | | |
| Accounts Receivable (Net) | 55,103.15 | 59,412.35 | 5,824.91 | | | | | | | | | | | | | | | |
| Prepaid Expenses | 1,268.92 | 215.04 | - | | | | | | | | | | | | | | | |
| Intercompany Receivables (Net) | - | 260,869.17 | - | | | | | | | | | | | | | | | |
| Other Current Assets (Attach List) | - | - | - | | | | | | | | | | | | | | | |
| **TOTAL CURRENT ASSETS** | 57,055.77 | 320,574.12 | 5,824.91 | | | | | | | | | | | | | | | |
| Fixed Assets, At Cost | - | - | - | | | | | | | | | | | | | | | |
| Less Accumulated Depreciation | - | - | - | | | | | | | | | | | | | | | |
| **NET FIXED ASSETS** | - | - | - | | | | | | | | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | | | | | | | | | | | |
| Investment in Subsidiaries | - | - | - | | | | | | | | | | | | | | | |
| Goodwill | - | - | - | | | | | | | | | | | | | | | |
| Other Assets (attach list) | - | - | - | | | | | | | | | | | | | | | |
| **TOTAL ASSETS** | 57,055.77 | 320,574.12 | 5,824.91 | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

Footnotes:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)  PETITION DATE: APRIL 13, 2016

MOR-3  Balance Sheet Liabilities and Equity as of May 31, 2017

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Energy LLC<br>16-31897 | Aztec Operating Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES | | | | | | | | | | | | | | | | | | |
| US Trustee Fees Payable | $ 6,175.00 | $ - | $ - | | | | | | | | | | | | | | | |
| Salaries Payable | 69,375.02 | - | - | | | | | | | | | | | | | | | |
| Insurance Payable | 15,401.44 | - | - | | | | | | | | | | | | | | | |
| State Fees Payable | 1,920.00 | - | - | | | | | | | | | | | | | | | |
| Legal Fees Payable | 55,000.00 | - | - | | | | | | | | | | | | | | | |
| Intercompany Payables (NET) | 326,106.43 | - | - | | | | | | | | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES** | **473,977.89** | **-** | **-** | | | | | | | | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 1,488,490.26 | 6,787.15 | - | | | | | | | | | | | | | | | |
| Secured Debt | - | - | - | | | | | | | | | | | | | | | |
| Priority Debt | - | - | - | | | | | | | | | | | | | | | |
| Taxes | - | - | - | | | | | | | | | | | | | | | |
| Unsecured Debt | 1,103,223.19 | 100,000.00 | 100,000.00 | | | | | | | | | | | | | | | |
| Accrued Interest | 367,862.06 | 13,407.54 | 14,297.95 | | | | | | | | | | | | | | | |
| Accrued Expenses | - | | | | | | | | | | | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | **2,959,575.51** | **120,194.69** | **114,297.95** | | | | | | | | | | | | | | | |
| **TOTAL LIABILITIES** | **3,433,553.40** | **120,194.69** | **114,297.95** | | | | | | | | | | | | | | | |
| **OWNERS EQUITY (DEFICIT)** | | | | | | | | | | | | | | | | | | |
| Preferred Stock | 100.00 | - | - | | | | | | | | | | | | | | | |
| Common Stock / Capital | 13,241.07 | - | - | | | | | | | | | | | | | | | |
| Additional Paid-in Capital | 4,233,152.24 | - | - | | | | | | | | | | | | | | | |
| Shareholders' Receivables | - | (37,000.00) | - | | | | | | | | | | | | | | | |
| Retained Earnings: Filing Date | (6,828,290.66) | 241,873.39 | (108,473.04) | | | | | | | | | | | | | | | |
| Retained Earnings: Post Filing Date | (794,700.28) | (4,493.96) | - | | | | | | | | | | | | | | | |
| **TOTAL OWNERS' EQUITY (NET WORTH)** | **(3,376,497.63)** | **200,379.43** | **(108,473.04)** | | | | | | | | | | | | | | | |
| **TOTAL LIABILITIES + OWNERS' EQUITY** | **$ 57,055.77** | **$ 320,574.12** | **$ 5,824.91** | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)  PETITION DATE: APRIL 13, 2016

MOR-4  Income Statement for the month of May 2017

| Debtor Case No. | Aztec Oil & Gas Inc. 16-31895 | Aztec Drilling & Operating LLC 16-31896 | Aztec Energy LLC 16-31897 | Aztec Operating Inc. 16-31898 | VIII B LP 16-31899 | VIII C LP 16-31900 | X-A LP 16-31901 | X-B LP 16-31902 | X-C LP 16-31903 | XI-D LP 16-31904 | XI-A LP 16-31905 | XI-B LP 16-31907 | XI-C LP 16-31908 | XII-A LP 16-31909 | XII-B LP 16-31910 | XII-C LP 16-31911 | Comanche A LP 16-31912 | Comanche B LP 16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES | $ - | - | | | | | | | | | | | | | | | | |
| TOTAL COST OF REVENUE | - | - | | | | | | | | | | | | | | | | |
| **GROSS PROFIT** | - | - | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | 14,583.31 | - | | | | | | | | | | | | | | | | |
| Operating Costs | - | - | | | | | | | | | | | | | | | | |
| General & Administrative | 144.18 | - | | | | | | | | | | | | | | | | |
| Sales & Property Taxes | - | - | | | | | | | | | | | | | | | | |
| Legal fees | 10,000.00 | - | | | | | | | | | | | | | | | | |
| U.S. Trustee Fees | - | - | | | | | | | | | | | | | | | | |
| Professional Fees | - | - | | | | | | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | 24,727.49 | - | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX | (24,727.49) | - | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Interest Expense | - | - | | | | | | | | | | | | | | | | |
| Depreciation / Amortization | - | - | | | | | | | | | | | | | | | | |
| Other (Income) Expense | - | (77.56) | | | | | | | | | | | | | | | | |
| | - | - | | | | | | | | | | | | | | | | |
| **TOTAL INT, DEPR & OTHER ITEMS** | - | (77.56) | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| NET INCOME BEFORE TAXES | (24,727.49) | 77.56 | | | | | | | | | | | | | | | | |
| Federal Income Taxes | - | - | | | | | | | | | | | | | | | | |
| **NET INCOME (LOSS)** | $ (24,727.49) | $ 77.56 | | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

Footnotes:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)        PETITION DATE: APRIL 13, 2016

MOR-5  Cash Transactions for the month of May 2017

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Energy LLC<br>16-31897 | Aztec Operating Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH - BEGINNING OF MONTH | $ 827.88 | $ - | $ - | | | | | | | | | | | | | | | |
| **RECEIPTS:** | | | | | | | | | | | | | | | | | | |
| Cash Sales (Net) | - | - | - | | | | | | | | | | | | | | | |
| Collections of A/R | - | - | - | | | | | | | | | | | | | | | |
| DIP Loan Advances | - | - | - | | | | | | | | | | | | | | | |
| Intercompany In (Out) | - | - | - | | | | | | | | | | | | | | | |
| Interest Income | - | - | - | | | | | | | | | | | | | | | |
| Other Income | - | - | - | | | | | | | | | | | | | | | |
| Refunds | - | 77.56 | - | | | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | - | 77.56 | - | | | | | | | | | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | | | | | | | | | | | | |
| Payroll and Benefits | - | - | - | | | | | | | | | | | | | | | |
| Sales, Use & Other Taxes Paid | - | - | - | | | | | | | | | | | | | | | |
| Insurance Note Payable | - | - | - | | | | | | | | | | | | | | | |
| Rent | - | - | - | | | | | | | | | | | | | | | |
| Insurance | - | - | - | | | | | | | | | | | | | | | |
| JIB | - | - | - | | | | | | | | | | | | | | | |
| Storage Fees | - | - | - | | | | | | | | | | | | | | | |
| Employee Exp. Reimbursements | - | - | - | | | | | | | | | | | | | | | |
| IT, Data, Email, Hosting Services | - | - | - | | | | | | | | | | | | | | | |
| General & Admin. Expenses | 144.18 | - | - | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENT FROM OPERATIONS** | 144.18 | - | - | | | | | | | | | | | | | | | |
| Interest Expense | - | - | - | | | | | | | | | | | | | | | |
| Non-operating Expenses | - | - | - | | | | | | | | | | | | | | | |
| Notice and Claims Agent Fees | - | - | - | | | | | | | | | | | | | | | |
| Legal Fees | - | - | - | | | | | | | | | | | | | | | |
| Professional Fees | - | - | - | | | | | | | | | | | | | | | |
| U.S. Trustee Fees | - | - | - | | | | | | | | | | | | | | | |
| Other Reorg. Expenses (attach list) | - | - | - | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 144.18 | - | - | | | | | | | | | | | | | | | |
| Net Cash Flow | (144.18) | 77.56 | - | | | | | | | | | | | | | | | |
| **CASH - END OF MONTH** | $ 683.70 | $ 77.56 | $ - | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

**Footnotes:**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)

PETITION DATE: APRIL 13, 2016

**MOR-6 CASH ACCOUNT RECONCILIATION SUMMARY for month of May 2017**

| Debtor<br>Case No. | Aztec Oil & Gas Inc.<br>16-31895 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Drilling & Operating LLC<br>16-31896 | Aztec Drilling & Operating, LLC<br>16-31896 | Aztec Energy, LLC<br>16-31897 | Aztec Operating, Inc.<br>16-31898 | VIII B LP<br>16-31899 | VIII C LP<br>16-31900 | X-A LP<br>16-31901 | X-B LP<br>16-31902 | X-C LP<br>16-31903 | XI-D LP<br>16-31904 | XI-A LP<br>16-31905 | XI-B LP<br>16-31907 | XI-C LP<br>16-31908 | XII-A LP<br>16-31909 | XII-B LP<br>16-31910 | XII-C LP<br>16-31911 | Comanche A LP<br>16-31912 | Comanche B LP<br>16-31913 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name: | Amegy | Amegy | Amegy | Amegy | Amegy | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. |
| BANK ACCT NO. | xxxxx3632 | xxxxx0105 | xxxxx1229 | xxxxx7667 | xxxxx0067 | | | | | | | | | | | | | | | |
| ACCOUNT TYPE | Checking - **DiP Acct** | Checking | Checking | Checking | Checking | | | | | | | | | | | | | | | |
| **ACCOUNT BALANCE - per stmt** | $ 683.70 | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | | |
| Deposit In Transit | - | - | - | - | - | | | | | | | | | | | | | | | |
| Outstanding Checks | - | - | - | - | - | | | | | | | | | | | | | | | |
| **Adjusted Bank Balance** | 683.70 | - | - | - | - | | | | | | | | | | | | | | | |
| **Beginning Cash - Per Books** | 827.88 | - | - | - | - | | | | | | | | | | | | | | | |
| Receipts | - | 77.56 | - | - | - | | | | | | | | | | | | | | | |
| Intercompany Xfers | - | - | - | - | - | | | | | | | | | | | | | | | |
| Checks & Wires | (144.18) | - | - | - | - | | | | | | | | | | | | | | | |
| **Ending Cash - Per Books** | 683.70 | 77.56 | - | - | - | | | | | | | | | | | | | | | |
| **RECONCILIATION ITEMS** | | | | | | | | | | | | | | | | | | | | |
| Adjust to Prior Period Cash | - | - | - | - | - | | | | | | | | | | | | | | | |
| Unposted Deposits | - | - | - | - | - | | | | | | | | | | | | | | | |
| Unreconciled Items | - | - | - | - | - | | | | | | | | | | | | | | | |
| **ADJUSTED CASH BALANCE** | $ 683.70 | $ 77.56 | $ - | $ - | $ - | | | | | | | | | | | | | | | |

NOTE: In all MORs, amounts may not tie due to rounding.

<u>Footnotes:</u>
None

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)        PETITION DATE: APRIL 13, 2016

**MOR-7 PAYMENTS TO INSIDERS for month of May 2017**

| Name | Role | Debtor | Current Period | Paid to Date |
|---|---|---|---|---|
| Jeremy G. Driver | President | Aztec Oil & Gas, Inc. | - | 140,927.35 |
| **TOTAL PAYMENTS TO INSIDERS** | | | $ - | $ 140,927.35 |

Footnotes:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AZTEC OIL GAS, INC., et al, Case No. xxxxxxxxxxxx (jointly administered)                    PETITION DATE: APRIL 13, 2016

**MOR-8 PAYMENTS TO PROFESSIONALS for the month of May 2017**

| Name | Role | Debtor | Current Period | Paid to Date |
|---|---|---|---|---|
| Christian, Smith & Jewell, LLP | Legal Counsel | Aztec Oil & Gas, Inc. | - | 247,200.89 |
| The Rhame Law Firm, LLP | Legal Counsel | Aztec Oil & Gas, Inc. | - | - |
| **TOTAL PAYMENTS TO PROFESSIONALS** | | | $ - | $ 247,200.89 |

Footnotes: